CORR
04-976
tcl

# File Copy • File Copy • File Copy

### LAW OFFICES
### SCHMITTINGER AND RODRIGUEZ, P.A.

414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CATHERINE T. HICKEY
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
SEEMA VERMA
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

March 14, 2005

U.S. District Court            Via Regular Mail
For the District of Delaware
Attn: Clerk's office
844 North King Street
Lock Box 18
Wilmington, DE 19801

RE: Robin D. Nichols v. Bennett Security Corporation, et al.
    C.A. No.: 05-0055 KAJ

Dear Clerk of the Court,

Enclosed please find the Court's scheduling order with dates proposed by counsel. Please forward this to Judge Jordan's attention for a telephone conference scheduled for Friday, March 18, 2005 at 3:30 p.m.

Should you have any questions please contact my office at (302) 674-0140.

Very truly yours,


William D. Fletcher, Jr.

WDF/cmk
cc: Matthew Boyer, Esquire (Via regular mail with enclosures)
    Roger Landon, Esquire (Via regular mail with enclosures)


MAILED 3/14/05 cmk