IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT SECURITY CORPORATION, A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by the parties that Bennett Detective & Protective Agency, Inc. be substituted in place of Bennett Security Corporation, a Delaware corporation in the caption and Complaint as the proper party was named incorrectly in the original Complaint.

SCHMITTINGER & RODRIGUEZ

_____
WILLIAM D. FLETCHER, JR.
414 S. State Street
P.O. Box 497
Dover, DE 19903

CONNOLLY BOVE LODGE & HUTZ

_____
MATTHEW F. BOYER
1007 N. Orange Street
Wilmington, DE 19801

MURPHY SPADARO & LANDON

_____
ROGER D. LANDON
1011 Centre Road, #210
Wilmington, DE 19805

**SO ORDERED** this _____ day of _____, 2005.

_____
The Honorable Kent A. Jordan

00118423.DOC