LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CATHERINE T. HICKEY
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
SEEMA VERMA
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

March 28, 2005

The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

**Via Electronic Mail**

RE: Robin D. Nichols v. Bennett Security Corporation, et al.
    C.A. No.: 05-55-KAJ

Dear Judge Jordan,

Filed electronically with this letter is the Scheduling Order developed by the Court during the telephone conference of Friday, March 18, 2005. All parties are in agreement with it and believe that it reflects the provisions developed during the aforementioned conference.

I would also like to take this opportunity to apologize for any inconvenience caused the Court by not having a copy of the proposed scheduling order prior to the date of the telephone conference, March 18, 2005. Since I viewed this document as a draft, I requested my staff to inquire on Monday, March 14, 2005 about the procedure for filing this document. We were informed to mail the hard copy, which was done on Monday, March 14, 2005. This mailing was directed to the Clerk of the Court. On Friday, March 18, 2005 we were advised that the earlier instructions were inaccurate and we should now "fax" the draft for the conference. In the future, I will make sure that these draft documents are electronically filed with the Court and again apologize for the inconvenience caused the Court.

Respectfully yours,

William D. Fletcher, Jr.

WDF/cmk    Bar ID# 362
Enclosures