IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 05-0055-KAJ |
| | * | |
| BENNETT SECURITY CORPORATION | * | |
| A Delaware Corporation, and | * | |
| ALLEN FAMILY FOODS, INC. | * | |
| A Delaware Corporation, | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT ALLEN FAMILY FOODS, INC'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)

Defendant Allen Family Foods, Inc. ("Allen's") submits the following initial disclosures pursuant to the Scheduling Order dated March 28, 2005 and Fed. R. Civ. P. 26(a):

A. Identities of individuals likely to have knowledge of discoverable information that may be used to Allen's claims or defenses:

   1. R. Greg Miller
      Manager, Human Resources
      Allen Family Foods
      18752 Harbeson Road
      Route 5
      Harbeson, DE 19951

      Mr. Miller will testify that he played no role in the termination of Plaintiff's employment by Defendant Bennett Security Corporation and that he did not slander Plaintiff.

   2. Any witness identified through discovery or listed by Plaintiff.

B. Documents and things in the possession of counsel or the party that may be used to support Allen's claims or defenses:

      1.    Allen's is aware of no such documents at this time.

C.    Identities of experts and their opinions:

Allen's has not retained an expert at this time.

D.    Insurance agreements that would apply in the event of a judgment:

None.

E.    Statement of the basis for any damages claimed:

Allen's has made no claim for damages at this time.

_____
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *pro hac vice*)
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201
(410) 752-1040
*Counsel for Defendant Allen Family Foods, Inc.*

DATED: April 5, 2005

389712_1