## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 5th, 2005, Defendant Allen Family Foods, Inc.'s Initial Disclosures Pursuant to FRCP 26(a) was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez
414 South State Street
P.O. Box 497
Dover DE 19903

_____
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 884-6585
mboyer@cblh.com

389712_1