IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**DEFENDANT'S, BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**

Defendant, Bennett Detective & Protective Agency, Inc. ("Bennett") submits the following initial disclosures pursuant to the Scheduling Order dated March 28, 2005 and Fed. R. Civ. P. 26(a):

(A)    Identities of individuals likely to have knowledge of discoverable information that may be used to support Bennett's claims or defenses:

**A number of past and/or present Bennett employees may have knowledge of discoverable information including Wayne A. Keller, Vice President; Mark F. Habicht, Vice President; Joe Whiteman, Security Guard; Diane Stokes, Security Guard; and, Linda Fooks, Security Guard. Additionally, Greg Miller, Allen's Human Resource Director, may have knowledge of discoverable information.**

(B)    Documents and things in the possession of counsel or the party that may be used to support Bennett's claims or defenses:

00119391.DOC

     **1.**     **Conditions of Employment form signed by Robin Nichols on 7/30/01;**

     **2.**     **Plaintiff's personnel file with Bennett Detective & Protective Agency, Inc.;**

     **3.**     **Bennett Security Service Employee List for police report.**

(C)     Identities of experts and their opinions:

**Bennett Detective & Protective Agency, Inc. has not retained an expert at this time.**

(D)     Insurance agreements that would apply in the event of a judgment:

**None.**

(E)     Statement of the basis for any damages claimed:

**Bennett Detective & Protective Agency, Inc. has not made a claim for damages at this time other than attorneys' fees in the event that it is a prevailing party.**

                                  MURPHY SPADARO & LANDON

                                  */s/ Roger D. Landon*
                                  ROGER D. LANDON
                                  1011 Centre Road, #210
                                  Wilmington, DE  19805
                                  (302) 472-8112
                                  Attorney for Defendant
                                  Bennett Detective & Protective Agency, Inc.

Date: <u>April 12, 2005</u>

00119391.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 12TH day of April, 2005, two copies of the foregoing **DEFENDANT'S, BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)** were e-filed and delivered in the manner indicated to the following individual(s):

**Via First Class Mail**
William D. Fletcher, Jr., Esq.
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE  19903

**Via Hand Delivery**
Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

00119391.DOC

**<u>Via First Class Mail</u>**
Arthur M. Brewer, Esq.
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201

      MURPHY SPADARO & LANDON

      <u>*/s/ Roger D. Landon*</u>
      ROGER D. LANDON, I.D. No. 2460
      1011 Centre Road, #210
      Wilmington, DE  19805
      (302) 472-8112
      Attorney for Defendant
      Bennett Detective & Protective
      Agency, Inc.

Date:  <u>April 12, 2005</u>

00119391.DOC