IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | *   C.A. No. 05-555 (KAJ) |
| v. | * |
| | * |
| BENNETT DETECTIVE & PROTECTIVE, | *   TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * |
| and ALLEN'S FAMILY FOODS, INC., | * |
| a Delaware corporation, | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Plaintiff Robin D. Nichols by and through her attorneys, Schmittinger and Rodriguez, P.A., hereby discloses the information required by Fed. R. Civ. P. 26(a)(1) to Defendant as follows:

A. The following individuals are likely to have discoverable information that Plaintiff may use to support his claims (but not solely for impeachment):

1. Plaintiff;
2. Joseph "Josh" Whiteman;
3. Greg Miller;
4. Wayne Kellam.

B. Attached are copies of all documents, data compilations, and tangible things in the possession, custody, or control of Plaintiff that Plaintiff may use to support her claims (but not solely for impeachment), other than information related to Plaintiff's damages.

C. The categories of damages claimed by Plaintiff are as set forth in Plaintiff's Complaint. These damages are not subject to quantification at this point. Evidence regarding damages will be provided in discovery as requested by Defendant.

D.  Plaintiff has no obligation for disclosure pursuant to Fed. R. Civ. P. 16 (a) (1) (D).

SCHMITTINGER & RODRIGUEZ, P.A.

BY: *William D. Fletcher, Jr.*
WILLIAM D. FLETCHER, JR.
Bar ID #362

BY: *Noel E. Primos*
NOEL E. PRIMOS
Bar ID #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 7/7/05
WDF/NEP/tcl