IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C.A. No. 05-555 (KAJ) |
| v. | * | |
| | * | |
| BENNETT DETECTIVE & PROTECTIVE, | * | TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * | |
| and ALLEN'S FAMILY FOODS, INC., | * | |
| a Delaware corporation, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO EACH DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
DIRECTED TO EACH DEFENDANT**

to be served upon:

ROGER D. LANDON, ESQ.
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

MATTHEW F. BOYER, ESQ.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, Nemours Bldg.
Wilmington, DE 19801

ARTHUR M. BREWER, ESQ.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

by mailing regular U.S. mail at the address listed above on _____July 7_____, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl