IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**DEFENDANT'S, BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF**

Defendant, Bennett Detective & Protective Agency, Inc., through its attorney, propound to Plaintiff the following requests for production of documents in accordance with Rule 34 of the Federal Rules of Civil Procedure.

**Definitions**

1. "Documents" refers to things constituting documents within the broadest scope and meaning of Rule 34(a), including, but not limited to:

a) <u>Paper and other non-digital documents</u> : correspondence, notes, memoranda, calendars, diaries, books, manuals, brochures, checklists, magazines, newspapers, newsletters, charts, diagrams, facsimile transmissions and cover sheets, photographs, audio and video recordings, and paper print-outs of electronic mail transmissions and any other digital files or data stored or displayed (i.e. "web pages") on the World Wide Web, Internet, intranet and/or on any URL or other address, location or site therein; and,

b) <u>Digital documents, data and files</u>: electronic mail transmissions and any other digital files or data stored or displayed (i.e. "web pages") on the World Wide Web, Internet, intranet and/or on any URL or other address, location or site therein, and digitally created and/or stored or digitally created and magnetically stored correspondence, notes, memoranda, calendars, diaries, books, manuals, brochures, checklists, magazines, newspapers, newsletters, charts, diagrams, facsimile transmissions and cover sheets, photographs and images, and audio and video recordings.  (Please identify such items in your responses to the below requests, but contact undersigned counsel to arrange the manner of their production).

2. "Documents" also refers to both the original document, <u>and</u> every draft or differing version of the document, <u>and</u> every copy of the document that contains notes, comments, highlighting, initials, filing information, indication of date or time received or reviewed, or routing slips, or which differs in comparison to, or has been altered in any way from, the original.

3. Except as otherwise noted, "you" or "your" refers to Plaintiff and/or any attorney, agent or representative acting on her behalf.

4. "BD&PA" refers to Bennett Detective & Protective Agency, its owners and its employees.

**REQUESTS FOR PRODUCTION**

1. All documents that you (not including your attorneys) maintain or maintained as personal records, notes and/or diaries regarding matters set forth in your Complaint.

00123249.DOC

**RESPONSE:**

2.  All correspondence, memoranda and notes to and from you (not including communications to or from your attorneys) about any matter related to your claims in this case.

**RESPONSE:**

3.  All written statements or affidavits by individuals concerning or supporting your allegations in this action.

**RESPONSE:**

4.  All documents that you submitted to, or received from, any state or federal agency which relate or refer in any way to the allegations of your Complaint.

**RESPONSE:**

5.  All statements or recordings that you have obtained from any person regarding the subject matter of this action, or in connection with this action.

**RESPONSE:**

6.  All reports of experts retained or employed by you to provide expert testimony concerning your claims in this action.

00123249.DOC

**RESPONSE:**

7. All documents that relate, refer, or support your claims that you suffered physical and/or psychological injuries as a result of the matters described in the Complaint.

**RESPONSE:**

8. All documents that relate or refer to, or evidence any damages you claim you sustained as a result of the conduct of Defendants as alleged in your Complaint or any other monetary relief you are seeking in this action, including, but not limited to, any documents describing the methods you used to calculate such relief.

**RESPONSE:**

9. All documents relating or referring to any personal or written communications, or telephone conversations, between or among you and any other person relating to the subject matter of the Complaint, any of the events referred to in the Complaint, any of your claims against Defendants, the damages you suffered, or the facts known, or testimony to be given, by any such person.

**RESPONSE:**

10. All documents that relate or refer to, or evidence treatment or counseling that you have received from any medical provider (including but not limited to doctors, psychiatrists, psychologists, counselors, physical therapists, mental therapists, hospitals and nursing homes) for any physical, psychological or emotional disease or disorder that you have or have ever had during the last ten years, including but not limited to medical records, physician or hospital bills, bills for treatment, counseling or therapy, notes, charts, test results, summaries, memoranda, correspondence, recordings of conversations, and diagnoses.

**RESPONSE:**


11. Any and all documents which refer or relate to, or upon which you rely, with respect to any of the allegations of your Complaint.

**RESPONSE:**


12. Any and all documents identified by you or to which you referred in preparing your response to BD&PA's First Set of Interrogatories directed to you.

**RESPONSE:**


13. Copies of any writings that you intend to rely upon at trial.

**RESPONSE:**


14. All documents that relate, refer to or evidence any wrongful racially or sexually discriminating event during your employment with BD&PA.

00123249.DOC

**RESPONSE:**

15. All magnetic or digital visual and audio recordings and photographs relating to your claims, including but not limited to, any and all such recordings and photographs of the voice or image of any BD&PA employee, and any and all such recordings or photographs taken of or at any BD&PA office or event.

**RESPONSE:**

16. Your high school and college diplomas, any professional certifications or licenses you may have and other documents showing professional achievements in any field.

**RESPONSE:**

17. Every version of your resume created since the end of your employment with BD&PA.

**RESPONSE:**

18. All documents containing or referring to complaints of discrimination you have made against any person or company, including any judicial or administrative complaints, lawsuits, internal grievances and informal oral or written reports.

**RESPONSE:**

00123249.DOC

19. All documents that relate, refer to or evidence any litigation in which you have been involved as a party or witness, including all documents relating to any divorce or child-custody dispute.

**RESPONSE:**


20. All documents that relate, refer to or evidence your arrest or conviction of any crime (felony or misdemeanor).

**RESPONSE:**


21. All documents that relate, refer to or evidence any EEOC or state agency charge you have made, including all correspondence to an from the EEOC or state agency and all documents, statements and affidavits provided by you or on your behalf to the EEOC or state agency.

**RESPONSE:**


22. All correspondence with any owner, employee or former employee of BD&PA and/or defendant Allen's Family Foods.

**RESPONSE:**

23.     All documents that relate to all remuneration, earnings, property (real or personal), funds and/or other monies of any type that you have received, been offered, become eligible for, applied for or accepted, at any time following the termination of your employment with BD&PA, including, but not limited to social security benefits, rehabilitation benefits, disability benefits, workers' compensation benefits, unemployment benefits, winnings from gambling establishments or lotteries, wages, prizes, awards, commissions, bonuses, tips, inheritances, trust funds (principal and/or income), tax refunds, personal loans from private individuals, severance payments, gifts and/or settlement proceeds.

**RESPONSE:**


24.     All documents which indicate or refer to any bankruptcy petition(s) that you have filed or that have been filed on your behalf, or any legal proceedings conducted as a result of any such petitions.

**RESPONSE:**


25.     All documents and digital data you removed from the premises of BD&PA and/or defendant Allen's Family Foods at any time during and after your employment with BD&PA.

**RESPONSE:**


26.     All documents relating to your job performance during your employment with BD&PA.

00123249.DOC

**RESPONSE:**


27. All documents relating to your receipt of income from January 1, 1999 to the present, including W-2 forms and state and federal income tax returns.

**RESPONSE:**


28. All documents relating to any meetings, telephone calls or other communications between you and BD&PA or Allen's Family Foods or any of their agents or employees relating to the subject matter of this lawsuit.

**RESPONSE:**


29. All documents that constitute communications between you and any other person or entity, excluding your attorneys, concerning this action or the subject matter of this action.

**RESPONSE:**


30. All documents that identify schools (including, but not limited to, high schools, colleges, vocational and others) that you attended and/or graduated from and including, without limitation, any documents that identify for each school:

    a. the address of the school;

    b. dates attended;

00123249.DOC

    c. whether you graduated, and if not, the reasons and the circumstances for leaving;

    d. the approximate cumulative grade point average you earned;

    e. any degree, diploma, certificate or any other certification of completion of studies; and

    f. any honors or discipline while in attendance.

**RESPONSE:**


31. All documents, including but not limited to, applications, resumes and cover letters you have submitted to potential employers for the purposes of obtaining employment from January 5, 2004 through and including the present.

**RESPONSE:**


32. All responses you have received from potential employers from January 5, 2004 through and including the present.

**RESPONSE:**

            MURPHY SPADARO & LANDON

            */s/ Roger D. Landon*
            ROGER D. LANDON
            1011 Centre Road, #210
            Wilmington, DE  19805
            (302) 472-8112
            Attorney for Defendant
            Bennett Detective & Protective
            Agency, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 23rd day of August, 2005, two copies of the foregoing **DEFENDANT'S, BENNETT DETECTIVE & PROTECTIVE AGENCY, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were e-filed and delivered in the manner indicated to the following individual(s):

**Via First Class Mail**
William D. Fletcher, Jr., Esq.
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE  19903

**Via Hand Delivery**
Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

00123249.DOC

**Via First Class Mail**
Arthur M. Brewer, Esq.
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201

    MURPHY SPADARO & LANDON

    */s/ Roger D. Landon*
    ROGER D. LANDON, I.D. No. 2460
    1011 Centre Road, #210
    Wilmington, DE  19805
    (302) 472-8112
    Attorney for Defendant
    Bennett Detective & Protective
    Agency, Inc.

00123249.DOC