IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  C. A. No. 05-0055-KAJ |
| | * |
| BENNETT SECURITY CORPORATION | * |
| A Delaware Corporation, and | * |
| ALLEN FAMILY FOODS, INC. | * |
| A Delaware Corporation, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that a copy of **DEFENDANT ALLEN FAMILY FOODS, INC.'S FIRST SET OF CONTINUING INTERROGATORIES TO PLAINTIFF** was served by First Class mail on August 25, 2005 upon:

Noel E. Primos, Esq.
Schmittinger and Rodriguez, P.A.
414 South State Street
P. O. Box 497
Dover, DE  19901
*Counsel for Plaintiff*

Roger D. Landon, Esq.
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805
*Counsel for Defendant,
Bennett Detective & Protective, Agency, Inc.*

_____
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
(302) 884-6585

Arthur M. Brewer (admitted *pro hac vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD  21201
(410) 752-1040
*Counsel for Defendant Allen Family Foods, Inc.*

Dated: August 26, 2005