LAW OFFICES
# SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE  19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
LORI A. BREWINGTON

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

September 7, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    **RE:**   **Robin Nichols v. Bennett Security Corporation, et al.**
              **Civil Action No.: 05-0055 (KAJ)**

Dear Judge Jordan:

Please consider this as a joint status report regarding the above-captioned matter.

Plaintiff's Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a)(1) were filed and served on both Defendants on July 7, 2005. Defendant Allen Family Foods, Inc. served Plaintiff with Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a)(1) on April 5, 2005. Defendant Bennett Security Corporation served Plaintiff with Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a)(1) on April 12, 2005. On July 7, 2005, Plaintiff served both Defendants with Plaintiff's First Set of Interrogatories and Request For Production. On August 11, 2005, Defendant Allen Family Foods filed its Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Request for Production of Documents. On August 23, 2005, Defendant Bennett Security Corporation filed its First Set of Interrogatories and First Request for Production of documents Directed to Plaintiff. On August 26, 2005, Defendant Allen Family Foods filed its First Set of Interrogatories Directed to Plaintiff.

All parties have agreed and are requesting the Court's permission to extend the Discovery deadline to December 1, 2005.

The oral depositions of the Plaintiff, Joseph Whiteman and Wayne Keller are scheduled for

Tuesday, September 20, 2005. The oral deposition of Greg Miller is tentatively scheduled for Wednesday, November 9, 2005, if the aforementioned extension of the discovery deadline is approved by the Court.

The three parties have agreed to waive the interim status conference call scheduled for September 14, 2005. Should the Court feel that the conference call is necessary, however, counsel stand ready to participate.

Respectfully submitted,

WILLIAM D. FLETCHER, JR.

cc:    Roger D. Landon, Esq.
       Matthew F. Boyer, Esq.
       Arthur M. Brewer Esq.