IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

## RE-NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Robin D. Nichols on Wednesday, November 9, 2005 at 12:30 p.m. in the law offices of William D. Fletcher, Jr., Esq., located at 414 S. State Street, Dover, Delaware. This deposition was previously scheduled to occur on September 20, 2005.

MURPHY SPADARO & LANDON

*/s/ Roger D. Landon*
ROGER D. LANDON
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorney for Defendant
Bennett Detective & Protective Agency, Inc.

Date: <u>September 13, 2005</u>
Cc:    Cheryl Anthony

00123869.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 13TH day of September, 2005, two copies of the foregoing **RE-NOTICE OF ORAL DEPOSITION** were e-filed and delivered in the manner indicated to the following individual(s):

**Via First Class Mail**
William D. Fletcher, Jr., Esq.
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE  19903

**Via Hand Delivery**
Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

00123869.DOC

**Via First Class Mail**
Arthur M. Brewer, Esq.
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD  21201

       MURPHY SPADARO & LANDON

       */s/ Roger D. Landon*
       ROGER D. LANDON, I.D. No. 2460
       1011 Centre Road, #210
       Wilmington, DE  19805
       (302) 472-8112
       Attorney for Defendant
       Bennett Detective & Protective
       Agency, Inc.

Date:  September 13, 2005

00123869.DOC