IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

## AFFIDAVIT

STATE OF DELAWARE     )
                      ) SS
COUNTY OF __Kent__    )

BE IT REMEMBERED that on this __31st__ day of __October__, 2005, personally appeared before me, the undersigned, a Notary Public for the State and County aforesaid, Wayne Keller, Vice President of Operations, Bennett Detective & Protective Agency, Inc., who, being duly sworn according to law, did depose and say that he has read the foregoing Defendant's, Bennett Detective & Protective Agency, Inc., Answers to Plaintiff's Interrogatories, and that the foregoing answers are true and correct to the best of his knowledge, information and belief.

_____
WAYNE KELLER

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

00125062