IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | *   C.A. No. 05-055 (KAJ) |
| v. | * |
| | * |
| BENNETT DETECTIVE & PROTECTIVE, | *   TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * |
| and ALLEN'S FAMILY FOODS, INC., | * |
| a Delaware corporation, | * |
| | * |
| Defendants. | * |

### RE-NOTICE OF DEPOSITION

TO:
ROGER D. LANDON, ESQ.          MATTHEW F. BOYER, ESQ.
Murphy, Spadaro & Landon        Connolly Bove Lodge & Hutz, LLP
1011 Centre Road, #210          1007 N. Orange Street, Nemours Bldg.
Wilmington, DE 19805            Wilmington, DE 19801

LAURA PIERSON SCHEINBERG, ESQ.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

PLEASE TAKE NOTICE that the undersigned attorney will take oral deposition of **Greg Miller** on Wednesday, December 7, 2005, beginning at 2:30 p.m. The deposition will take place at the offices of Schmittinger and Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr., Esq.
Bar ID 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:clg
Dated: 11/16/05