IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| Plaintiff, | * |
| v. | * C.A. No. 05-055 (KAJ) |
| BENNETT DETECTIVE & PROTECTIVE, AGENCY, INC., a Delaware corporation, and ALLEN'S FAMILY FOODS, INC., a Delaware corporation, | * TRIAL BY JURY DEMANDED |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S ANSWERS TO DEFENDANT ALLEN FAMILY FOODS, INC.'S FIRST SET OF INTERROGATORIES**

to be served upon:

ROGER D. LANDON, ESQ.
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

MATTHEW F. BOYER, ESQ.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, Nemours Bldg.
Wilmington, DE 19801

ARTHUR M. BREWER, ESQ.
LAURA A. PIERSON SCHEINBERG, ESQ.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

by mailing regular U.S. mail at the address listed above on __11/16__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar I.D. #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF/clg