IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | *   C.A. No. 05-555 (KAJ) |
| v. | * |
| | * |
| BENNETT DETECTIVE & PROTECTIVE, | *   TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * |
| and ALLEN'S FAMILY FOODS, INC., | * |
| a Delaware corporation, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

    PLAINTIFF'S ANSWERS TO DEFENDANT BENNETT DETECTIVE &
    PROTECTIVE AGENCY, INC,'S FIRST SET OF INTERROGATORIES

to be served upon:

    ROGER D. LANDON, ESQ.    MATTHEW F. BOYER, ESQ.
    Murphy, Spadaro & Landon    Connolly Bove Lodge & Hutz, LLP
    1011 Centre Road, #210    1007 N. Orange Street, Nemours Bldg.
    Wilmington, DE 19805    Wilmington, DE 19801

    ARTHUR M. BREWER, ESQ.
    LAURA A. PIERSON SCHEINBERG, ESQ.
    Shawe & Rosenthal, LLP
    20 S. Charles Street, 11th Floor
    Baltimore, MD 21201

by mailing regular U.S. mail at the address listed above on _____11/16_____, 2005.

                                                              SCHMITTINGER & RODRIGUEZ, P.A.

                                                             BY: _____
                                                                    William D. Fletcher, Jr.
                                                                    Bar I.D. 362
                                                                    414 S. State Street
                                                                    P.O. Box 497
                                                                    Dover, DE 19903-0497
WDF/clg                                                             Attorneys for Plaintiff