IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C.A. No. 05-555 (KAJ) |
| v. | * | |
| | * | |
| BENNETT DETECTIVE & PROTECTIVE, | * | TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * | |
| and ALLEN'S FAMILY FOODS, INC., | * | |
| a Delaware corporation, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S RESPONSES TO DEFENDANT BENNETT DETECTIVE & PROTECTIVE AGENCY, INC,'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:

ROGER D. LANDON, ESQ.  
Murphy, Spadaro & Landon  
1011 Centre Road, #210  
Wilmington, DE 19805

MATTHEW F. BOYER, ESQ.  
Connolly Bove Lodge & Hutz, LLP  
1007 N. Orange Street, Nemours Bldg.  
Wilmington, DE 19801

ARTHUR M. BREWER, ESQ.  
LAURA A. PIERSON SCHEINBERG, ESQ.  
Shawe & Rosenthal, LLP  
20 S. Charles Street, 11th Floor  
Baltimore, MD 21201

by mailing regular U.S. mail at the address listed above on ___11/16___, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
William D. Fletcher, Jr.  
Bar I.D. 362  
414 S. State Street  
P.O. Box 497  
Dover, DE 19903-0497  
Attorneys for Plaintiff

WDF/clg