IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 05-55 (KAJ) |
| | * | |
| BENNETT DETECTIVE & PROTECTIVE | * | |
| AGENCY, INC. and | * | |
| ALLEN FAMILY FOODS, INC., | * | |
| | * | |
| Defendants | * | |

**ORDER**

The Court, having considered the parties' Joint Motion to Amend Scheduling Order dated December 16, 2005, hereby grants the Motion. The original Scheduling Order in this case, dated March 28, 2005 (D.I. 12), remains in place except as follows:

1. Paragraph 3(c) of the Scheduling Order is amended so that "November 1, 2005" is deleted and in its place is inserted "January 6, 2006."

2. Paragraph 9 of the Scheduling Order is amended so that "January 6, 2006" is deleted and in its place is inserted "January 27, 2006."

Dated: December __, 2005                    _____
                                            The Honorable Kent A. Jordan, U.S.D.J.