IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff, | * |
| | *  C.A. No. 05-555 (KAJ) |
| v. | * |
| | * |
| BENNETT DETECTIVE & PROTECTIVE, | *  TRIAL BY JURY DEMANDED |
| AGENCY, INC., a Delaware corporation, | * |
| and ALLEN'S FAMILY FOODS, INC., | * |
| a Delaware corporation, | * |
| | * |
| Defendants. | * |

### NOTICE OF DEPOSITIONS

TO:

ROGER D. LANDON, ESQ.　　　　　MATTHEW F. BOYER, ESQ.
Murphy, Spadaro & Landon　　　　　Connolly Bove Lodge & Hutz, LLP
1011 Centre Road, #210　　　　　　1007 N. Orange Street, Nemours Bldg.
Wilmington, DE 19805　　　　　　　Wilmington, DE 19801

LAURA PIERSON SCHEINBERG, ESQ.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on **Friday, January 6, 2006**, as follows:

Wayne Keller, beginning at 11:00 a.m.;
Mark Habicht, beginning at 1:00 p.m.; and
Valerie Brittingham, beginning at 3:00 p.m.

The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 410 South State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Adam C. Gerber, Esq.
Bar ID 4653
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl
Dated: 12/20/06

cc: Hawkins Reporting (via fax: 658-8418)