## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS OF
Wayne Keller, Mark Habicht and Valerie Brittingham**

to be served upon:

ROGER D. LANDON, ESQ.
Murphy, Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

MATTHEW F. BOYER, ESQ.
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, Nemours Bldg.
Wilmington, DE 19801

LAURA PIERSON SCHEINBERG, ESQ.
Shawe & Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

by mailing copies to address shown above, postage prepaid on December __20__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Adam C. Gerber, Esq.
Bar ID 4653
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl