IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-55-KAJ |
| | ) |
| BENNETT SECURITY CORPORATION, | ) |
| a Delaware corporation, and ALLEN'S | ) |
| FAMILY FOODS, INC., a Delaware | ) |
| corporation, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **20th** day of **December, 2005**,

IT IS ORDERED that a teleconference relating amending the scheduling order has been scheduled for **January 3, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE