IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**DEFENDANT BENNETT DETECTIVE & PORTECTION AGENCY, INC.'S
MOTION FOR SUMMARY JUDGEMENT**

Defendant Bennett Detective & Protection Agency, Inc. respectfully moves, pursuant to Fed. R. Civ. P. 56, for summary judgment.

The grounds for this motion are set forth in the accompanying opening brief. An appropriate form of Order is attached.

```
                        Respectfully submitted,
                        MURPHY SPADARO & LANDON

                        _/s/ Roger D. Landon_____
                        ROGER D. LANDON (ID #: 2460)
                        PHILIP T. EDWARDS (ID #: 4393)
                        1011 Centre Road, Suite 210
                        Wilmington, DE 19805
                        (302)472-8100

                        Attorneys for defendant
                        Bennett Detective & Protective
                        Agency, Inc.
```
January 27, 2006

128131

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| ROBIN D. NICHOLS, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 05-055 KAJ |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC., A Delaware corporation and ALLEN'S FAMILY FOODS, INC., A Delaware corporation, | JURY TRIAL DEMANDED |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 27th day of January, 2006, two copies of the foregoing DEFENDANT BENNETT DETECTIVE & PROTECTION AGENCY, INC.'S MOTION FOR SUMMARY JUDGMENT were e-filed and delivered in the manner indicated to the following individual(s):

**<u>Via First Class Mail</u>**
William D. Fletcher, Jr., Esq.
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE  19903

**<u>Via Hand Delivery</u>**
Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

**<u>Via First Class Mail</u>**
Arthur M. Brewer, Esq.

128131

       Laura A. Pierson Scheinberg, Esq.
         Shawe & Rosenthal, LLP
       Sun Life Building, 11th Floor
          20 S. Charles Street
          Baltimore, MD  21201


           MURPHY SPADARO & LANDON


           <u>/s/ Roger D. Landon</u>
           Roger D. Landon (ID #: 2460)
           Philip T. Edwards (ID #: 4393)
           1011 Centre Road, Suite 210
           Wilmington, DE 19805

           Attorneys for defendant
           Bennett Detective & Protection
           Agency, Inc.

128131