IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBIN D. NICHOLS,                              CIVIL ACTION

               Plaintiff,

v.                                             No. 05-055 KAJ

BENNETT DETECTIVE &
PROTECTIVE AGENCY, INC.,
A Delaware corporation and                     JURY TRIAL DEMANDED
ALLEN'S FAMILY FOODS, INC.,
A Delaware corporation,

               Defendants.

## ORDER

AND NOW, this _____ day of _____,
2006, upon consideration of defendant Bennett Detective &
Protective Agency, Inc.'s Motion for Summary Judgment, and
any response thereto, it is hereby ORDERED and DECREED that
plaintiff's cause of action against Bennett Detective &
Protective Agency, Inc. is dismissed with prejudice.


BY THE COURT:


_____
The Honorable Kent A. Jordan