# EXHIBIT B

00071306



1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBIN D. NICHOLS,            )
    Plaintiff,               )
                             )
    v.                       ) C.A. No.
                             ) 05-555 (KAJ)
BENNETT DETECTIVE & PROTECTIVE )
AGENCY, INC., a Delaware corporation,)
and ALLEN'S FAMILY FOODS, INC., a )
Delaware corporation,        )
    Defendants.              )

        Deposition of **ROBIN DENISE NICHOLS**, taken before Cheryl A. Anthony, Court Reporter, in the law offices of Schmittinger & Rodriguez, 414 South State Street, Dover, Delaware, on Wednesday, December 7, 2005, beginning at 11:30 a.m.

APPEARANCES:

    SCHMITTINGER & RODRIGUEZ
    BY: WILLIAM D. FLETCHER, JR., ESQUIRE
    and ADAM C. GERBER, ESQUIRE
    414 South State Street
    Dover, Delaware 19901
    Attorneys for Plaintiff.

    MURPHY, SPADARO & LANDON
    BY: ROGER D. LANDON, ESQUIRE
    300 South State Street
    Dover, Delaware 19901
    Attorney for Defendant
    Bennett Detective & Protective Agency, Inc.

                    (Appearances Cont'd...)

**ORIGINAL RETAINED BY ARTHUR M. BREWER, ESQUIRE**

---

**ANTHONY REPORTING**
**PO Box 234**
**Dover, Delaware 19903**
**(302) 674-8884**

2

1  APPEARANCES (Cont'd):

2      SHAWE & ROSENTHAL
       BY:  ARTHUR M. BREWER, ESQUIRE
3      and LAURA A. PIERSON SCHEINBERG, ESQUIRE
       20 South Charles Street
4      11th Floor
       Baltimore, Maryland  21201
5      Attorneys for Defendant
       Allen's Family Foods, Inc.

6
   ALSO PRESENT:
7
       MR. WAYNE KELLER,
8      Bennett Detective & Protective Agency, Inc.

9      MR. GREGORY MILLER,
       Allen's Family Foods, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  together, and you can't do one without the other.  So I
2  just stopped.
3       Q.   How long did you take the Prozac?
4       A.   Maybe seven days.
5       Q.   Seven days?
6       A.   Yeah.
7       Q.   Would this be within the same period of time
8  that you were seeing this Mental Health Service person?
9       A.   Yes.
10      Q.   Is there any family history of depression?
11      A.   Yes.
12      Q.   Okay.  Can you tell me a little bit about
13 that?
14      A.   Just my mother.
15      Q.   Your mother?
16      A.   Uh-huh.
17      Q.   Has she been diagnosed as having depression?
18      A.   (The witness nodded head up and down.)
19      Q.   Can you tell me when that was?
20      A.   I was just a child.  But when she first
21 started -- I guess it has been ongoing.  I was just a
22 child, but I remember it.
23      Q.   I think you told me you were -- I hate to
24 discuss age with a woman, but let me see.  You are 37?

```
 1        A.    Yes.
 2        Q.    So would that be within approximately the
 3   last 30 years that your mother had been diagnosed with
 4   depression?
 5        A.    Yes.
 6        Q.    Does she take medication?
 7        A.    Now, or then?
 8        Q.    Yes.  Sort of just give me --
 9        A.    I'm not sure.
10        Q.    Do you know if she does now?  I will ask you
11   that question.
12        A.    Yes.  She was taking it for depression,
13   antidepressants, yeah.
14        Q.    Do you know what drugs she was taking?
15        A.    Well, I remember her saying something about
16   Paxil.
17        Q.    Paxil?
18        A.    And then they took her off that and gave her
19   something else.  I'm not sure.
20        Q.    Okay.  Anybody else in your family?
21        A.    Not that I know of.
22        Q.    Your dependents?
23        A.    No.
24        Q.    And I gather from your answers to my
```

1  A.  Yes.

2  Q.  -- it says from August of '01 through it

3  looks like November.  And then that is scratched out,

4  and then there is January.  And the date is then '04?

5  A.  Correct.

6  Q.  That is the period of time that you were

7  working for Bennett?

8  A.  Yes, sir.

9  Q.  I would like you to clear up for me, if you

10  would --

11  A.  Uh-huh.

12  Q.  -- when we talked earlier about your

13  journal, you said that you stopped making entries in

14  that journal on December 19th of '04, which is --

15  A.  No.  I said January 19th of '04.

16  Q.  I'm sorry.  Maybe you did.  I wrote down

17  December 19, '04.  So then you kept your journal that we

18  were referring to earlier?  Do you remember the journal

19  we talked about earlier?

20  A.  Yes.

21  Q.  You started that on the 15th of December,

22  2003 and stopped --

23  A.  Correct.

24  Q.  -- on January 19, 2004?

```
 1       Q.    You say Allen's discriminated you based on
 2   race?
 3       A.    Yes.
 4       Q.    But you were not employed by Allen's?
 5       A.    No.
 6       Q.    What would Mr. Whiteman have to do and how
 7   could he support the claim that you have made that you
 8   have been discriminated against on the basis of your
 9   race by Allen's, since he was also employed by Bennett?
10       A.    Because he was the one that communicated
11   with Mr. Miller.
12       Q.    Mr. Whiteman communicated with Mr. Miller?
13       A.    Yes.
14       Q.    Do you know that for a fact?
15       A.    Well, I sent them down there.
16       Q.    What --
17       A.    To his office.  Do you want me to explain
18   the situation?
19       Q.    Yes, please do.  I need to explain what is
20   going on.
21       A.    Let's see, the 15th is Monday.  I would say
22   about the 11th of December 2003, a prior incident had
23   took place that Josh evidently was a witnesses of at the
24   job site.  And Mr. Miller called me, because I was the
```

1  supervisor at the time, to tell Josh to report to his
2  office for a meeting when he came in.
3         And I gave Josh the order. Josh refused.
4  And I asked Josh to please go, because I needed to leave
5  on time to pick my daughter up from school. And then he
6  just laid into me, you know, just started arguing with
7  me, that I'm the supervisor and it's my job to have my
8  hide there and -- well, he used other words. And before
9  that, he had came in fussing about --
10    Q.   He being Mr. Whiteman?
11    A.   Yeah, Mr. Whiteman, about they stopped his
12 medication. And he was shaking, going into withdrawals,
13 and he was really angry when he came in. When I told
14 him what Mr. Miller said, you know, he was already
15 irritated. So anyway --
16    Q.   Excuse me. I want to be sure I have this.
17 This is all occurring on the 11th of December?
18    A.   Yes.
19    Q.   Okay. That is all I wanted to know.
20    A.   And so a driver came up to the window, and I
21 was -- Josh was still fussing. So I went to attend to
22 the driver, and Josh pushed me. And I punched him back
23 and told him: Don't push me anymore. Don't put your
24 hands on me.

1   And then he pushed me again. And then I
2   pushed him again. And then he pushed me into the file
3   cabinet and the CB radio. And the windows were tinted,
4   and I asked the driver could he see, you know, him
5   pushing me. And the driver said, no, he didn't see
6   anything.
7   But anyway, I called the police and reported
8   what happened. Now, by the time the police got there,
9   Josh had went into the office with Mr. Miller. And when
10  the police got there, I came into the office and I asked
11  for Josh. I went down to Mr. Miller's office, which
12  before you get to his office, there's other offices.
13  And Ms. Eva, I told her what the problem
14  was, and she said: Well, you know, you have permission
15  to go in there and interrupt the meeting. The police
16  are here. Just go in there.
17  So I went and I knocked. I knocked, and I
18  went in and let Josh know that the police was here for
19  what had happened. And the police took a statement.
20  And of course, Josh lied and said he never touched me.
21  And I didn't have any witnesses to prove it or anything,
22  because nobody saw nothing.
23  And so I felt really bad about it, because
24  when something like that happens -- you know, we are

1  supposed to be like a team.  Everybody is on the same
2  team, and it makes the whole team look bad.
3             So it bothered me all that night.  And I
4  called Josh's partner, Brother Lonnie, who is spiritual.
5  And so I talked to him about it.  And you know, I asked
6  him to maybe talk to Josh or, you know, I wanted him to
7  apologize.  But he had Josh call me.  And Josh called me
8  that same night, and he apologized.  And then after
9  that, I just remember -- and that was settled.
10            Then Mr. Miller had called a meeting with
11 Wayne and Mark on that Friday.  And my work schedule
12 then was Tuesday through Saturday.  And so they went in,
13 and they had their meeting.  They came out, and I
14 informed Mark and Wayne that Josh and I had worked
15 everything out and everything was okay.  And I didn't
16 press any charges further on him.  Then I finished my
17 work week out.
18            On December 15th -- which I'm off on Sundays
19 and Mondays -- that is when I received a message on my
20 answering machine not to report back to Allen's.  Do not
21 report back to that site.  If there are any belongings
22 that you have there, we will retain them.  But please do
23 not go back to that site.
24            Allen Foods was aware, you know, of this,

1  that I was not supposed to be on the property, like I
2  was some sort of plague or something, like I had really
3  done something wrong now.
4          So they had moved me, with nowhere to go.
5  But they didn't fire me. So that is how I knew it
6  wasn't their decision to move me.
7      Q.   You have covered a lot of territory, and I
8  have a number of questions. Let's start back on the
9  11th. You said that Mr. Miller called you and wanted
10 you to have Mr. Whiteman report to his office?
11     A.   Yes, sir.
12     Q.   Did he tell you why?
13     A.   Just for a meeting.
14     Q.   Okay. I'm sorry. I don't mean to interrupt
15 you. So you and Mr. Whiteman are in the security
16 trailer?
17     A.   The security office.
18     Q.   The security office. It's been a while
19 since I have been at the facilities. So the two of you
20 were at the security office. You and Mr. Whiteman are
21 both in the office?
22     A.   Yes.
23     Q.   Mr. Miller calls down and says: I would
24 like for you to send Mr. Whiteman up to see me?

1   A.   Mr. Whiteman hadn't gotten there yet.
2   Q.   He hadn't gotten there yet, so it is just
3 you?
4   A.   Me and my partner.
5   Q.   Who was that?
6   A.   I think it was -- golly day. I want to say
7 it was -- I don't think it was -- I can't remember his
8 name, because he had just came on. I can't remember
9 who -- or was it Joe Duncan? I'm not sure who my
10 partner was then. They switch off real quick.
11   Q.   Whoever it was, Mr. Miller is calling down
12 to you and your partner is in there with you, whoever
13 that might have been?
14   A.   Uh-huh.
15   Q.   And Mr. Miller is saying to you: Send
16 Mr. Whiteman to my office?
17   A.   Yes.
18   Q.   Did he say why?
19   A.   He said: I want to meet with him. So when
20 he comes in, send him into the office.
21   Q.   So Mr. Whiteman hadn't been in yet?
22   A.   Correct.
23   Q.   Mr. Whiteman worked for Bennett?
24   A.   Yes.

```
 1        Q.    And Mr. Miller never told you why he wanted
 2   to see Mr. Whiteman?
 3        A.    I'm not sure if Mr. Miller told me what it
 4   was for.  But I just remember that -- I knew what was
 5   going on, so he really didn't have to tell me.
 6        Q.    You knew what was going on --
 7        A.    Yeah.
 8        Q.    -- when Mr. Miller first made the call down?
 9        A.    Yes.
10        Q.    What was going on?
11        A.    Josh had witnessed an incident on the wash
12   pad with an Allen's Foods driver and an outside driver.
13   And they were arguing about the wash pad.  And Josh
14   witnessed it.  As a matter of fact, that day the outside
15   driver came in, too, for the meeting.
16        Q.    All right.  So that is what you are saying
17   you knew it was about.  You thought it was about this
18   incident with the two drivers?
19        A.    Right, right.
20        Q.    Okay.  And Mr. Whiteman had not been at work
21   yet?
22        A.    No.
23        Q.    Now Mr. Whiteman comes to work?
24        A.    Uh-huh.
```

46

```
 1        Q.    And you tell him to go to Mr. Miller's
 2   office?
 3        A.    Yes.
 4        Q.    And that is when he says he's not going?
 5        A.    Correct.
 6        Q.    And after that occurred, is that when the
 7   pushing and the shoving that you described started?
 8        A.    Yes.
 9        Q.    And when that started, tell me what you did.
10        A.    I called the police.
11        Q.    Which police?
12        A.    Lewes, Troop 4 in Lewes.
13        Q.    The state police?
14        A.    Yes.
15        Q.    Why did you call them?
16        A.    Because he put his hands on me.
17        Q.    So then you were pretty upset?
18        A.    Yes.
19        Q.    Did you let Mr. Miller know that you had
20   called the police?
21        A.    Yes.
22        Q.    When did you do that?
23        A.    Well, I was upset.  And I called Mr. Miller,
24   and I told him what happened.
```

Anthony Reporting
(302) 674-8884

1  Q. When did you do that? Before you called the
2  police or --
3  A. After Josh, yeah, yeah.
4  Q. Let me finish. Did you tell him before you
5  called the police that you were going to call the
6  police, or did you tell him after you had called the
7  police that you had called the police?
8  A. Let me think.
9  Q. Sure. Take your time.
10 A. Everything was happening so fast.
11 Q. Take your time.
12 A. All I know was when Josh refused, I called
13 Mr. Miller and let him know. Mr. Miller sounded a
14 little upset by that, but he didn't come down to -- you
15 know, bother to come down to see what was going on
16 himself. And I'm not sure if -- I think I called my
17 boss for the police part. I called my bosses.
18 Q. Which would be Wayne and Mark?
19 A. Wayne and Mark, yes, yeah, I did. I called
20 them. I don't think I called Mr. Miller about the
21 police incident. I think it was my bosses that I
22 called, because I do remember the police talking to my
23 boss and telling him that he said he never touched her.
24 Q. Just so I can understand what has occurred

```
 1    now, when the pushing and shoving that you have
 2    described between you and Mr. Whiteman starts --
 3         A.    Uh-huh.
 4         Q.    -- you call the police and then call Mark
 5    and Wayne Keller?
 6         A.    Yes.
 7         Q.    And you then let them know that you called
 8    the police and why?
 9         A.    Yes.
10         Q.    Did you talk to them both or just one?
11         A.    It was always either one or the other.  It
12    was never both.
13         Q.    Okay.
14         A.    I can't remember if it was Mark or Wayne.
15    Like I said, everything was just happening so fast.  I
16    just know that I called them.  I know I called the
17    police.  I know the police talked to one of them, Mark
18    or Wayne, and told them about -- told them what Josh
19    told them.
20         Q.    I'm trying to get it narrowed down.
21    Regardless of who it was, regardless of whether it was
22    Mark or Wayne, when you called them and told them, I
23    have just called the police, did you tell them why you
24    had called the police?
```

```
                                                                49
 1         A.    Yes.
 2         Q.    What, if anything, did they say to you?
 3         A.    Well, once I called the police, it was out
 4   of their hands.
 5         Q.    But you called the police.  From what you
 6   told me, you talked to them.
 7         A.    Yes.
 8         Q.    You talked to one of them?
 9         A.    Yeah, yeah.
10         Q.    What did they say?  What did he say, whoever
11   it was, whether it was Mark or Wayne?
12         A.    I can't remember exactly what he said.  He
13   just said:  Let the police handle it then.
14         Q.    Okay.  You don't have to remember exactly
15   what they said.
16         A.    Okay.
17         Q.    But basically, the message was:  Let the
18   police handle it?
19         A.    Yes.
20         Q.    Now, when the police came, where did they
21   come?  To the security office?
22         A.    Yeah.
23         Q.    Then if I understand you, did Mr. Whiteman
24   go up to see Mr. Miller --
```

50

1    A.    Uh-huh.
2    Q.    -- before the police arrived?
3    A.    Yeah, before the police got there.
4    Q.    So Mr. Whiteman finally does go up to see
5  Mr. Miller?
6    A.    Yeah.
7    Q.    And then the police arrive?
8    A.    Right.
9    Q.    And then do you and the officer go up to
10  Mr. Miller's office?
11    A.    Yes, sir.
12    Q.    Is that what you have testified to?
13    A.    Yes, sir.
14    Q.    Did you spend any time in the security
15  office with the police officer before you went to
16  Mr. Miller's office?
17    A.    Yes.
18    Q.    How long?
19    A.    I don't know.
20    Q.    A few minutes?  Five minutes or less?
21    A.    To give my statement, yes.
22    Q.    Did the police officer sit down and actually
23  take the statement from you in the security office?
24    A.    He stood up.

```
 1   was Perdue in Milford.
 2               And she asked him how soon would I start?
 3   And he told her -- I'm not sure what they had told her.
 4   But anyway, when I was -- Okay.  So then I was assigned
 5   that job, and I got sick.  And I called out and I said:
 6   I'm not going to be able to make it the first day, but I
 7   should be all right to come in the next day.
 8               But on the day I was sick, I think it was --
 9   it might have been on a day I was sick.  I got a call at
10   home.  And Mark said:  Robin, don't report to the job at
11   Perdue.  We got a better job.  We are going to send you
12   to Georgetown Family Court.
13        Q.     Do you recall whether the Perdue job, in
14   those conversations between Bennett and the social
15   worker -- if that is who spoke to them --
16        A.     Ms. Roseanne Eckels, that is her name.
17        Q.     Do you recall if they occurred during the
18   week of the 15th and, in fact, you were supposed to show
19   up for training on the 19th and 20th at the Perdue
20   plant?
21        A.     Okay.  Possibly, I think it was a Thursday
22   or a Friday that she talked with him.  I was in her
23   office.
24        Q.     And you got sick and couldn't report to work
```

```
1    before you got training?
2         A.    The -- yeah, the first day of the training.
3         Q.    And then do you recall that the following
4    Monday is when you were offered the job at Family Court?
5         A.    I think so.
6         Q.    And do you recall being asked to go in and
7    train at the Family Court position on December 23rd and
8    24th?
9         A.    That could be it.
10        Q.    And do you recall actually doing that?
11        A.    Yes.
12        Q.    So you worked there at Family Court the 23rd
13   and the 24th?
14        A.    Yes.
15        Q.    And then do you recall being off for five
16   days because the court was closed for the Christmas
17   holiday?
18        A.    Yes, yes.
19        Q.    Do you recall showing up on the 29th, and
20   the officer who you had been replacing had returned to
21   work because either he or she had been sick?
22        A.    Yes.
23        Q.    And that is why they were out, and now they
24   were back at the job on the 29th?
```