# EXHIBIT D

00071306

# BENNETT SECURITY

QUALITY SECURITY SERVICES SINCE 1960
LICENSED IN DELAWARE AND MARYLAND

BENNETT DETECTIVE
&
PROTECTIVE AGENCY, INC.

P.O. Box 344 • Dover, Delaware 19903-0344
Telephone (302) 734-2480
FAX: (302) 734-3415
E Mail: bbennett@dmv.com
TOLL FREE: DE 800-339-6553
MD 800-801-0334

*Initial Response*

January 29, 2004

Julie Cutler, Supervisor
Office of Labor Law Enforcement
Division of Industrial Affairs
The Windsor
24 N.W. Front Street
Suite 100
Milford, DE 19963

Dear Ms. Cutler,

Attached is the Bennett Security response to Nichols v. Bennett Security, Case #0401217/17CA400210, which includes our position statement, General Respondent Questionnaire, and relevant exhibits. If you have any questions at all, please feel free to contact myself, or Mr. Wayne A. Keller, at (302) 734-2480.

Sincerely,

E. Bradford Bennett
President

BRANCH OFFICES: WILMINGTON, DELAWARE (302) 658-8241 • SALISBURY, MARYLAND (410) 742-0334
LEWES, DELAWARE (302) 645-2419

CASE # 0401217/17CA400210

The following response is provided to the General Respondent Questionnaire:

1.  a. Bennett Detective and Protective Agency Inc.

    b. P.O Box 344, Dover, DE 19903

    c. Edward J. Bennett, CEO
       E. Bradford Bennett, President
       Judy Bennett, Secretary/Treasurer

    d. Wayne Keller & Mark Habicht

2. Wayne A. Keller, Vice President, and Mark Habicht, Vice President – Operations, P.O. Box 344, Dover, DE 19903

3. We supply contract Security Officers to various companies throughout Delaware And Maryland.

4. We currently employee 190 personnel in our company, of which approximately 120 are in Delaware.

5. See attached company breakdown of employees by race and sex. (Atch #1)
   At the Allens Family food plant that Officer Nichols was assigned too, the breakdown was:

   1 Black Female
   2 Black Males
   4 White Males

6. Bennett Security does have written rules regarding their employee's duty and conduct.

    a. At the time of hire, all employees read and sign a copy of the companies Conditions of Employment, in the presence of Bennett Security Management.

    b. A copy signed by Robin Nichols (Harris), is attached as (Atch #2).

    c. Officer Nichols never made mention she felt that she was discriminated against. She was replaced at her work site based on this being the fourth time we had an incident with her involving another of our or our client's employees. Additionally, we were asked by our client to remove or reassign her from there place of business.

7. Yes (See attached Letter from State of Delaware Div. Of Industrial Affairs dated January 31, 2003, concerning case #0201178/17CA200206, in which the charges of discrimination were dismissed.

8. No

9. No

10. Security Officer/Site Supervisor, Allens Family Food's, Harbeson, DE.

11. Date of hire: 7/30/01, Last Day of Employment: 12/29/03

12. Officer Nichols never said she felt she was being discriminated against. She asked after we removed her, did Officer Whiteman still work at the Allens plant and we replied yes.

I HEREBY CERTIFY THAT the answers to the above questions are true and correct to the best of my knowledge, information and belief, and that I have made an inquiry into the facts and circumstances relating to the substance of this questionnaire.

Signature: *For Wayne Kelly* (signed)

Title/Position: President

Date: 1/28/04

## POSITION STATEMENT

Bennett Security Service's position is that Robin Nichols was not discriminated against for either race or sex. Officer Nichols was hired on 7/30/01 and placed at Allen's Family Foods, located in Harbeson, DE. Initially she was assigned as a full time security officer, and then took over as the site supervisor in April 2002. During the time frame of April 2002 until, Dec 2003, we had four different incidents in which Officers Nichols had a disagreement with one of our employees or Allen's employees. The incidents are detailed below:

a. Diane Stokes, a former black female employee of ours who worked with Officer Nichols from 6/12/02, until 11/24/02, at the Allen Harbeson Plant. Officer Stokes, use to work Sun-Thrus 7AM – 3PM. Officer Stokes would normally work 3 to 4 days weekly with Officer Nichols. Officer Stokes subsequently left our employment because she could no longer work with Officer Nichols. When asked what the problem was, she related it was between Officer Nichols and herself, and that she just wanted to be removed from that site. When told we had no other location available at the time for her to work at, she related she would quit before she returned to the Harbeson site and work with Officer Nichols. Employee subsequently quit that day.

b. On 2/4/03, Officer Nichols was working the day shift when an Allen's truck driver (Hispanic male), came in at approximately 8:00 AM and they began talking. Officer Nichols asked the driver if he was upset about something. He sat down next to her and put his arm around her shoulder, kissed her on the head, and stated his girlfriend had just broke his heart. A short time later the driver attempted to wrap his arms around her and she pushed him away, however, he kissed her again, this time on the mouth and stuck his tongue in her mouth. The other guard returned and the driver left. Officer Nichols reported this information to us, as well as the Allen's Family Foods HR Director, (Mr. Greg Miller), and the Delaware State Police. Allen's family foods officials investigated the incident and Officers Nichols remained at the Allen's Plant. The Allen's Family foods company disciplined the truck driver.

c. Linda Fooks, a black female employee of Bennett Security worked with Officer Nichols briefly on the dayshift at Allen's Harbeson. On 4/3/03, Officer Nichols came into the guardhouse and sat down and turned the radio up loud. Officer Fooks asked Officer Nichols to please turn down the radio so she could do her work. But Officer Nichols refused and stated I'm the supervisor and I'll do what I want and you better do what your suppose to do. Officer Fooks told Officer Nichols not to talk to her like that and that she recognized Officer Nichols as the supervisor. Officer Nichols then told Officer Fooks that she would have her removed from Harbeson just like she had Officer Fooks' husband Chester Davis

(a former Bennett Security officer) removed. Officer Fooks stated that during the time period when her husband Chester Davis worked for Officer Nichols, Officer Nichols would constantly call their house at night and ask to talk to Chester Davis. Officer Nichols then telephoned the on-call manager, Mark Habicht, and told him that Officer Fooks was cursing at her and that she wasn't going to work with Officer Fooks. Mr. Habicht was not able to ascertain the actual situation because while he was trying to talk to Officer Nichols, Officer Nichols was yelling at Officer Fooks stating, "Satan is a liar and you know Satan." Mr. Habicht then spoke to Officer Fooks and asked her if she would leave the site until the situation could be sorted out. Officer Fooks said she would leave the site but she would not come back if she had to work for Officer Nichols.

d.  On Dec 11, 2003, Security Officer Whiteman (white male), reported into work at the Allen's plant to be one of the two (3:00PM to 11:00 PM), Security Officers. According to Officer Nichols, Officer Whiteman pushed her three times because he was mad about his prescription, and then she called the state police. According to Officer Whiteman he reported to work that day, and Officer Nichols was upset and talking about having to pick up her kids late. At the time he was standing in the guardhouse by her desk. She got up and instead of asking him to move, pushed her left shoulder into him in an attempt to get by him. This knocked him off balance and back towards the steps. He then pushed her back, and went and sat down at the other security officer's desk. According to Mr. Whiteman, Officer Nichols, then came up to him and pushed her finger into his forehead and stated "You white honkey red neck mother fucker, if I ever catch you in the street," With each word, he added she poked him in the forehead again. After this, he grabbed the edge of her desk to assist him in getting up, and Officers Nichols pushed her shoulder into him again, driving him back into the ledge of the guardhouse. Officer Whiteman said with that, he related, "What is wrong with you Robin." With that, she picked up the telephone and dialed the Delaware State Police, and then called her boyfriend in the plant. After this, he went into Mr. Millers Office to discuss a prior incident between two Allen's employees. A few minutes later, Officers Nichols, entered the office and began to tell Mr. Miller what happened between them. As she was talking the Delaware State Police arrived and interviewed both parties. The officer interviewed Officer Whiteman in the presence of Mr. Miller. At the end of his interview, he related no one was going to be arrested, but that he suggested the two parties be kept apart. With that, Mr. Miller assured the officer, he would take care of that. The next day Mr. Greg Miller, Allen's HR director and Bennett Security Vice President's Mark Habicht and Wayne Keller, had a meeting about the incident. Mr. Miller related although he liked our company, he could no longer support us having Officer Nichols at his company as our supervisor. He was concerned about the amount of times she either got in arguments with his or our employees, as well as the two times she called the state police, without first letting him know she was calling them. We explained to him, we would remove her, however, could she work Dec 12 & 13th, to finish out her work cycle, as we believed this would avoid her

causing a disruption at their plant. We also assured him, we would keep them apart on December 12th at shift change.

On December 15, 2003, I called officer Nichols at her residence to inform her we were removing her from the site. I explained to her that it was a decision made by our company, and that I did not want her to return to or call anyone at the Allen's plant. I did not go into detail about the Greg Miller meeting as we were in agreement with Mr. Miller that a change of personnel should occur. I told her too many incidents involving her had happened at the plant, and it was just time to go somewhere else. It was our belief to give Officer Nichols another chance, but just at another location. I explained to her I would look for another full time position in the company, however it may take a day or so. On either the 17th or 18th of Dec, I called her and offered her a 32 hour a week position at Milford Perdue, working the same hours (7AM – 3PM), Tuesday thru Friday. I explained that the position totaled 32 hours, and that I would attempt to find another 8-hour weekly shift at another site, so that she would have 40 hours a week. She asked did I have anywhere else she could work, and I stated no, not at that time. She agreed to start working on Dec 19 and 20th for training, and then called in sick the night before she was scheduled to start. Since our customer requires trained officers, I replaced Officer Nichols with a different guard. I then called her on Monday, December 22 and offered her a position at Sussex County family court as we had an officer out sick, and it looked like he might be out for a while. I asked could she go in and train on Tuesday and Wednesday Dec 23 & 24, which she did. She worked 2PM to 10PM. She was then off Dec 24 – 28 as the facility was closed for the holidays. Officer Nichols then reported into work on 12-29-03, as did the individual who had been out sick. On 12-30-03, I informed Officer Nichols that I would try and find her another placed to work, since the Officer assigned full time at the court, had returned back earlier than expected from his illness. Since it was the New Year, many of the sites we were working at were shutting down that week; I could not find Officer Nichols anywhere to work. On the following Monday, Jan 5th, 2004, she called the office and notified us she was resigning.

It is our belief that we did nothing to violate Officer Nichols civil rights or discriminate against her for race or sex. We replaced her at our customer's request, and based on our own belief that she had been through enough incidents at the plant, and that a change should be made. We had replaced other employee's from the Allen's plant and retained them in the company. For example, when Officer Nichols and Fooks had a fight, we reassigned Officer Fooks and not Officer Nichols. Neither received a written reprimand, but just a verbal counseling to try and be professional on the job. It took us a couple weeks to find Officer Fooks another full time position, and she filled in where need until an opening occurred. Approximately, two weeks prior to this we replaced Officer David Leggins (black male), at the Allen's facility, after he told a truck driver he did not care about doing the job right. Mr. Leggins is still an employee as well, and it took us a period of time to find him another position. Lastly, Officer

Nichols replaced, Officer Kenny Kresgee (white male), after he refused to do some of the tasks that were required by all Bennett employees at Allen's plant.

We have in our company rules and regulations that we can reassign an employee from one job site to another, just because things like this surface in the Security industry. We are asked to replace Officer's all the time and if you don't the customer will contract with another company. Officer Nichols would still be employed today, had she taken the position at Milford Perdue. Over 40% of our employee's are African Americans and over 20% are females. Our Wilmington, Delaware supervisor is a black female and has been with us since 1987. We employee and retained people because they do their job, regardless of sex or race. Officer Nichols was told she could file for unemployment until we found her another site full time, and she did. In conclusion, we believe we did not do anything to discriminate against Officer Nichols.

Complete Computer Service, Ltd.    Copyright 1984-2000

## BENNETT SECURITY SERVICE
### Employee List for Police Report

01/28/2004    09:51:51                                                                Page    1

Prepared By: _____

| Name | Sex | Race |
|---|---|---|
| ADAMS, CURLEY E | M | B |
| ADKINS, GLENN H | M | W |
| ALI, ALI ABDELRAHNAN | M | B |
| ALLEN, ANTHONY | M | B |
| ANDERSON, ESTHER MAE | F | B |
| ARCHER, JR., MELVIN R | M | W |
| ATKINS, BRUCE E | M | W |
| BADGER, LONNIE R | M | B |
| BAKER, DOUGLAS H | M | B |
| BAKER, WILLIAM H | M | W |
| BARAZDA, STEVEN R | M | B |
| BARGELSKI, JOHN P | M | W |
| BATSON, ALFRED S | M | B |
| BAYNARD, WILLIAM J | M | B |
| BEST, GEORGE W | M | W |
| BLAKE, JR., FRANK | M | B |
| BOATMAN, GARY E | M | W |
| BODDY, MAURICE A | M | B |
| BONNER, PHYLLIS | F | B |
| BOWDEN, WAYNE S | M | W |
| BRADSHAW, EDGAR F | M | W |
| BRADSHAW, WILLIAM B | M | W |
| BROCK, RONALD D | M | W |
| BROOK, MARK E | M | W |
| BROOKS, MICHELLE N | F | B |
| BUCKLE, CHARLES E | M | W |
| BUCKLE, THEODORE | M | W |
| BUI, BAO | M | A |
| BURGESS, ELIZABETH J | F | B |
| CANNON, BOBBY A | F | B |
| CAREY, DONALD E | M | W |
| CARMINE JR, HAMPTON J | M | W |
| CARROLL, JAMES M | M | W |
| CASWELL, JESSE D | M | W |
| CAUSEY, LINDA L | F | W |
| CHILEMBWE, CHILYFYA | M | H |
| CLENDANIEL, JAMES O | M | W |
| CLINE, JOHN O | M | W |
| COLLINS, SHAMETRESS | M | B |
| COLLINS, TYLEAN A | F | B |
| CONSTANTINI, FRANK | M | W |
| COSNER, BONNIE K | F | W |
| CRIST, KEN E | M | W |
| DAGGETT, SHERRESE N | F | B |
| DAGGETT, STONEY W | M | B |
| DASHIELL, CHARLES | M | B |
| DAVIS, FREDERICK A | M | W |
| DAVIS, GLANDON E | M | W |
| DAVIS, WILLIAM J | M | W |
| DAVISON, BARBARA L | F | B |
| DEHAVEN, BENJAMIN E | M | W |

ATCH #1

Complete Computer Service, Ltd.    Copyright 1984-2000

## BENNETT SECURITY SERVICE
Employee List for Police Report

01/28/2004    09:51:51    Page    2

Prepared By: _____

| Name | Sex | Race |
|---|---|---|
| DERNBERGER, GARY L | M | W |
| DeSHIELDS, THOMAS R | M | B |
| DIARRASSOUBA, YOUSSOUFOU | M | B |
| DOLBOW, WILLIAM C | M | W |
| DONOVAN, JAMES F | M | W |
| DOWNES, JOHN F | M | W |
| DRESSLER, EDWARD | M | W |
| DUMAS, JOHN C | M | B |
| DUNCAN, JOSEPH L | M | B |
| DUNCAN, MELVIN O | M | W |
| EDGERTON, DAVID E | M | W |
| ELSHAFIE, ELFATIH A | M | W |
| EMLER, SHANNON J | F | W |
| EVANS, TONITIA L | F | B |
| FAVRE, ANTHONY L | M | W |
| FISHER, JR., DAVID R | M | W |
| FISHER, JR., EARL B | M | W |
| FOOKS, ELEANOR L | F | B |
| FOOKS, LINDA A | F | B |
| FOSTER, MICHAEL A | M | W |
| FOSTER, ROBERT W | M | B |
| FREEMAN, ARTICE R | F | B |
| FURRY, BRUCE E | M | W |
| GOURLEY, CHARLES R | M | W |
| GREEN, LATONYIA A | F | B |
| GROSKY, NATHANIEL D | M | W |
| GUIDRY, RONALD G | M | W |
| HALL, LEON B | M | B |
| HANDY, DALRA | M | B |
| HARCUM, WILLIAM F | M | B |
| HARPER, RONALD E | M | W |
| HARRELL, SHARIFF | F | B |
| HILL, MARGARET H | F | W |
| HOCKENBERRY, OSCAR C | M | W |
| HORSEY, RUSSELL | M | B |
| HUDSON, GEORGE R | M | W |
| JACKSON, DOROTHY L | F | B |
| JACKSON, PAUL D | M | B |
| JARMAN, BRADLEY W | M | W |
| JEFFCOAT, WILLIE | M | B |
| JENKINS, DEBORAH L | F | B |
| JOHNSON, TERRANCE R | M | B |
| JOHNSON, III, HERMAN | M | B |
| JONES, HARRY F | M | W |
| JONES, LOUIS M | M | W |
| KAMM, RAYMOND R | M | W |
| KEELER, JOHN D | M | W |
| KEMP, WALTER C | M | W |
| KESLER, JOHN D | M | W |
| KESSELRING, DAVID R | M | W |
| KIMANZI, LUCAS M | M | B |



Complete Computer Service, Ltd.                                           Copyright 1984-2000
**BENNETT SECURITY SERVICE**
Employee List for Police Report

01/28/2004   09:51:51                                                     Page    3
Prepared By: _____

| Name | Sex | Race |
|---|---|---|
| LAING, JAMES F | M | W |
| LANKFORD, LAWRENCE D | M | B |
| LARRIMORE, WILLIAM R | M | W |
| LAYTON, BRET W | M | B |
| LEGGINS, DAVID | M | B |
| LONG, ARMON C | M | W |
| LOSCOMB, JOHN W | M | W |
| MANN, JAMES M | M | B |
| MARKER, BENJAMIN H | M | W |
| McELWEE, BARRY E | M | W |
| MCKINNON, ELMER S | M | W |
| MELSON, JULIUS D | M | W |
| MELVIN, ELBERT L | M | W |
| MILLER, ROBERT E | M | W |
| MILLER, SHAMEKA M | F | B |
| MILLMAN, PEGGY L | F | W |
| MILLS, BEATRICE M | F | B |
| MITCHELL, ARTHUR L | M | B |
| MITCHELL, IVY C | F | B |
| MOORE, HARRY J | M | W |
| MOORE, JR., WILLIAM R | M | W |
| MORGAN, RITA M | F | B |
| MORRIS, CHARLES L | M | B |
| MORTON, EVERETT T | M | B |
| MULDROW, KIMBERLY | F | B |
| MYERS, ESTHER M | F | B |
| NOCK, WALLACE E | M | W |
| NORTH, JAMES R | M | W |
| PARSONS, RAYMOND P | M | W |
| PATILLO, ALBERT J | M | W |
| PERKINS, WILLIAM A | M | W |
| PHILLIPS, CORRINE E | F | W |
| PINCKNEY, MONDEARIO M | M | B |
| PINKETT, THELMA | F | B |
| PISCH, WILLIAM J | M | W |
| PROBERT, JOSHUA T | M | B |
| QUAIL, GREGORY D | M | B |
| REDDEN, SR, EARL F | M | W |
| REINSFELDER, JOSEPH P | M | W |
| RILEY, ALAN | M | B |
| ROBERTS, RODNEY A | M | W |
| ROBINSON, EDWARD S | M | W |
| ROBINSON, HOWARD E | M | W |
| ROBINSON, RAMON R | M | H |
| ROGERS, ASHER L | M | W |
| ROGERS, PAUL D | M | W |
| ROLAND, CHARLES H | M | W |
| SAMMONS, WILLIAM R | M | W |
| SANDHU, DEV | M | W |
| SCHIEFER, ROBERT | M | W |
| SCOTT, BEVERLY J | F | B |



**BENNETT SECURITY SERVICE**
Employee List for Police Report

01/28/2004    09:51:51                                                                 Page    4
Prepared By: _____

| Name | Sex | Race |
|---|---|---|
| SEVERSON, MARCIA L | F | W |
| SEWELL, IRA | M | W |
| SHARP, JOSEPH V | M | B |
| SHORT, JUDITH E | F | W |
| SHORT, KENNETH V | M | W |
| SIMMERMAN, JAMES H | M | W |
| SIMS, JAROLD D | M | W |
| SMALLWOOD, SR., JOHN | M | B |
| SMITH, CARROLL E | M | W |
| SMITH, DENISE M | F | B |
| SMITH, JACQUELINE M | F | B |
| SMITH, JR. LAWRENCE L | M | W |
| STEIN, AMY | F | W |
| STERLING, KENNETH W | M | W |
| STEWART, PATRICIA Y | F | W |
| STRATTON, GEORGE R | M | W |
| SWANN, ROGER P | M | W |
| TARBURTON, ROBERT B | M | W |
| TAYLOR, JERRY | M | W |
| TAYLOR, ROBERT E | M | W |
| TILGHMAN, ANTHONY G | M | B |
| TUNEFF, JAMES | M | W |
| TURNER, HAMILTON M | M | W |
| WALKER, WILLIE | M | B |
| WALSH, JOHN P | M | W |
| WASHINGTON, ROBERT L | M | B |
| WATERS, ROLAND E | M | B |
| WATSON, THOMAS | M | B |
| WESLEY, DEBORAH | F | W |
| WHITE, FRANK M | M | B |
| WHITEMAN, JOSEPH S | M | W |
| WILKINSON, GARY E | M | W |
| WILMUTH, FLOYD R | M | W |
| WIMBLEY, JOHN | M | B |
| WITCHER, GEORGE W | M | B |
| YIENGER, ARTHUR A | M | B |
| YOUNG, VANDALIA F | F | B |

190  Active Employees Reported

190/38 = Female

190/76 = BLK