# EXHIBIT E

00071306



1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBIN D. NICHOLS,                          )
    Plaintiff,                             )
                                           )
    v.                                     ) C.A. No.
                                           ) 05-555 (KAJ)
BENNETT DETECTIVE & PROTECTIVE             )
AGENCY, INC., a Delaware corporation,)
and ALLEN'S FAMILY FOODS, INC., a          )
Delaware corporation,                      )
    Defendants.                            )

    Deposition of **RAYMOND GREGORY MILLER**, taken before Cheryl A. Anthony, Court Reporter, in the law offices of Schmittinger & Rodriguez, 414 South State Street, Dover, Delaware, on Wednesday, December 7, 2005, beginning at 2:45 p.m.

APPEARANCES:

    SCHMITTINGER & RODRIGUEZ
    BY:  ADAM C. GERBER, ESQUIRE
    414 South State Street
    Dover, Delaware  19901
    Attorney for Plaintiff.

    MURPHY, SPADARO & LANDON
    BY:  ROGER D. LANDON, ESQUIRE
    1011 Centre Road
    Number 210
    Wilmington, Delaware  19805
    Attorney for Defendant
    Bennett Detective & Protective Agency, Inc.

                (Appearances Cont'd...)

**ORIGINAL RETAINED BY ADAM C. GERBER, ESQUIRE**

---

**ANTHONY REPORTING**
**PO Box 234**
**Dover, Delaware  19903**
(302) 674-8884

2

1   APPEARANCES (Cont'd):

2       SHAWE & ROSENTHAL
        BY:  ARTHUR M. BREWER, ESQUIRE
3       and LAURA A. PIERSON SCHEINBERG, ESQUIRE
        20 South Charles Street
4       11th Floor
        Baltimore, Maryland  21201
5       Attorneys for Defendant
        Allen's Family Foods, Inc.
6
    ALSO PRESENT:
7
        MR. WAYNE KELLER,
8       Bennett Detective & Protective Agency, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                                                    4

1    21804.

2         Q.    Are you married?

3         A.    Yes.

4         Q.    Do you have children?

5         A.    Yes.

6         Q.    Now, if I could, let's go through some of
7    your educational background.  What is the highest level
8    of education you have completed?

9         A.    Undergraduate degree.

10        Q.    Undergraduate?

11        A.    Yes.

12        Q.    Where was that?

13        A.    East State Tennessee University.

14        Q.    What was that degree in?

15        A.    Business economics.

16        Q.    Okay.  Now, what is your current position?
17   I understand you are employed by Allen's Foods.  What is
18   your current title?

19        A.    Well, manager of human resources for the
20   Harbeson, Delaware plant.

21        Q.    How long have you held that particular
22   position?

23        A.    I have been in Harbeson nine years.

24        Q.    Okay.  Were you always, for those nine

```
 1        Q.    Four?  What are their names?
 2        A.    Elizabeth Abularach, Valerie Brittingham,
 3   Salamone Ramos, Tina Marie Bravo, Robert Lowry.
 4        Q.    So there are five.  Okay.  Are they also in
 5   the human resources or personnel department, just under
 6   you?
 7        A.    Yes.
 8        Q.    Okay.  Now, what contact did you personally
 9   have with the Plaintiff, Robin Nichols, on a day-to-day
10   basis?
11        A.    As necessary.
12        Q.    Okay.  Did you come into contact with her
13   every day?
14        A.    Generally speaking, yes.
15        Q.    Okay.  Were you involved in overseeing her
16   in any capacity?
17        A.    No.
18        Q.    What decisions did you make regarding Allen
19   Foods' decision to hire a particular security company?
20        A.    None.
21        Q.    None?  You had no say over that?
22        A.    No.
23        Q.    What department would have made that
24   decision?
```