# EXHIBIT F

00071306

## CONDITION OF EMPLOYMENT

Bennett Security Service agrees to hire the below named employee. The employee accepts employment with the full understanding that all of the terms listed below are a condition of employment.

## PAYCHECKS

Paychecks are issued by check and are mailed to the employee's designated address every Monday night, 52 weeks/year. The pay rate in which you are paid is based on the job site that you are working. Bennett Security has the right to move any security officer to another job site at any time. In the event of termination or resignation of employment, the final paycheck will be held in the Bennett Security Service office upon receipt of all uniforms and equipment, and completion of the separation form.

## UNIFORMS, LICENSURE, AND EQUIPMENT

The employee understands that they must pay for all security officer licensing which are required of them to work for Bennett Security Service. Employee also understands if Bennett Security Service pays for their licensing fees the employee will then refund Bennett Security Service through payroll deductions. The license renewals are also at the employee's expense. If mandatory state licensing is not issued, the employee can not be allowed to maintain their employment with Bennett Security Service.

Each employee is issued 3 shirts, 2 trousers, hat, tie, coat and necessary uniform décor, if applicable. A $75.00 uniform deposit will be deducted through payroll deductions. This will be refunded upon receipt of all uniforms and equipment, and completion of the separation form. Employee also understands that all uniforms and equipment are the property of Bennett Security Service. The uniforms are issued in a clean and pressed condition, and will be returned to Bennett Security Service upon termination of employment in the same condition. If they are not, the rate of $5.00 per item will be deducted from final paycheck or uniform deposit.

I authorize Bennett Security Service to reduce my hourly wage to the State Minimum Wage if I give less than one week notice of leaving the employment of Bennett Security Service. This wage reduction will be applied to all hourly wages remaining due to me.

## RULES AND REGULATIONS

I UNDERSTAND THAT IF REASONABLE CAUSE EXISTS THAT I HAVE VIOLATED ANY OF THE FOLLOWING LISTED INFRACTIONS I MAY BE DISCHARGED IMMEDIATELY WITHOUT PRIOR WRITTEN OR VERBAL WARNING:

1. Failure to report to assigned post in a timely manner in accordance with their scheduled shift assignment.
2. Failure to receive, obey, and pass on to their relief, all orders and information received.
3. Upon reporting for duty, not familiarizing themselves with the post orders, emergency procedures, and emergency phone numbers. Should an injury occur while on duty, contact Bennett Security Management.
4. Reporting to duty not wearing a uniform approved by Bennett Security. It shall be in a clean and presentable condition with the outside garment always displaying the Bennett Insignia. The uniform shall include a black belt and black shoes which are furnished by the employee.
5. While on duty, personal phone calls are not permitted. Any unauthorized phone calls found to have been made by a Bennett Security employee will be the responsibility of the person who made them.
6. Security Officers will not fraternize with associates, clients, guests or employees. Courtesy, diplomacy, and tact will be used when carrying out your duties.
7. When not on duty, Security Officers are not permitted on the job site without the permission of Bennett Security Management.
8. I agree to maintain a working telephone at my residence. It is also my responsibility to have reliable transportation available at all times.

( ATCH #2 )

ployees shall posses, carry, or display any equipment not approved by the Management of Bennett Security, i.e. ght sticks, batons, guns, pepper spray, handcuffs, black jacks, and knives.

AII employees must report to Bennett Security Management, any criminal arrests the employee is involved in.

. 1. All employees shall comply with the current company drug testing policy.

12. Security Officers must remain on their post until properly relieved.  If your relief does not show up, notify the Bennett Security Management.

13. Failure to notify the Management with a minimum of 4 hours notice if you are unable to make your        job assignment. A doctor's excuse may be required if illness is claimed.

14. Sleeping or placing oneself in a position which appears to be sleeping on duty, or notification from our client the Security Officer was sleeping.

15. No employee shall  accept employment with another security company while working for Bennett Security.

16. Dishonesty, and/or immoral acts.

17. Commit any crime.

18. Insubordination towards Bennett Security Management or their clients.

19. Consuming alcoholic beverages or narcotics while on duty or reporting for duty with the odor of alcohol on your breath.

20. Failing to report to duty without notifying the Bennett Security Management.

21. Rendering false reports to include giving out false information or making false statements on matters pertaining to his/her work.

22. Failure to complete all reports required by Bennett Security Management or the Post orders by the end of a scheduled shift.

23. No employee is permitted to have any family members, friends, or pets on the job site at any time.  In addition TV's are not allowed on job sites without the approval of Bennett Security Management.

AFFADAVIT

I understand that employment offered by Bennett Security Service and accepted by myself, is the result of voluntary decision by Bennett Security Service to employ me.  All employment is made contingent upon satisfactory completion of state licensing and past employment references.

It is also understood that employees are responsible for their performance of post duties.  Should it be determined that after investigation that the employee did not perform the job duties as described through willful neglect, including missed rounds, calling off for a shift with less than 4 hours notice, sleeping on post or other unauthorized absence(s) from post, said employee will not be paid for that time block.

In the event of my employment with the company, I agree to comply with all company policies, procedures, rules, or other management communications as may be directed to employees by management.  Additionally, I authorize Bennett Security Service to supply my employment record, in whole or part, to any future prospective employer or government agency.

I certify that all statements made on my employment application are correct and complete to the best of my knowledge and I understand that falsification of my application will result in my immediate termination from Bennett Security Service.  I hearby acknowledge that I have read and understand the above statements and accept the policies as outlined.

_Robin Harris_____    Employee Signature    _7/30/01____    Date