IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| Plaintiff | * |
| v. | * Civil Action No. 05-55 (KAJ) |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC. and ALLEN FAMILY FOODS, INC., | * |
| Defendants | * |

## DEFENDANT ALLEN FAMILY FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Allen Family Foods, Inc. moves the Court to grant summary judgment in its favor and against the Plaintiff, Robin D. Nichols. As explained more fully in the accompanying Opening Brief in Support and Exhibits thereto, the undisputed material facts fail to support Plaintiff's claims in this action.

Dated: January 27, 2006

Respectfully submitted,

_/s/ Matthew F. Boyer_
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *pro hac vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201
(410) 752-1040

*Counsel for Defendant Allen Family Foods, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Motion For Summary Judgment was served electronically, on January 27, 2006, to:

William D. Fletcher, Jr., Esq.
Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P. O. Box 497
Dover, DE  19903-0497

*Counsel for the Plaintiff*

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE  19805

*Counsel for Bennett Detective and Protective Agency, Inc.*

Matthew F. Boyer