# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 05-55 (KAJ) |
| | * | |
| BENNETT DETECTIVE & PROTECTIVE | * | |
| AGENCY, INC. and | * | |
| ALLEN FAMILY FOODS, INC., | * | |
| | * | |
| Defendants | * | |

**APPENDIX TO THE OPENING BRIEF IN SUPPORT OF
DEFENDANT ALLEN FAMILY FOODS, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
(302) 884-6585

Arthur M. Brewer (admitted *pro hac vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201
(410) 752-1040

*Counsel for Defendant Allen Family Foods, Inc.*

Dated: January 27, 2006

## TABLE OF EXHIBITS

| PAGE | TITLE | TAB |
|---|---|---|
| A 001- A 002 | Condition of Employment – July 30, 2001 | 1 |
| A 003- A 004 | Agreement between Bennett Detective and Protective Agency, Inc. and Allen Family Foods – February 11, 2003 | 2 |
| A 005- A009 | Robin D. Nichols Resume – 2005 | 3 |
| A 010- A 031 | Excerpts from Robin Denise Nichols Deposition – December 7, 2005 | 4 |
| A 032- A 040 | Excerpts from Raymond Gregory Miller Deposition – December 7, 2005 | 5 |
| A 041- A 051 | Excerpts from Mark Habicht Deposition – January 6, 2006 | 6 |
| A 052- A 064 | Excerpts from Wayne A. Keller Deposition – January 6, 2006 | 7 |
| A 065- A 067 | Excerpts from Valerie D. Brittingham Deposition – January 6, 2006 | 8 |