# TAB 2



**BENNETT SECURITY**

QUALITY SECURITY SERVICES SINCE 1961
LICENSED IN DELAWARE AND MARYLAND

BENNETT DETECTIVE
&
PROTECTIVE AGENCY, INC.
P.O. Box 344 • Dover, Delaware 19903-0344
Telephone (302) 734-2480
FAX: (302) 734-3415
E Mail: bbennett@dmv.com
TOLL FREE: DE 800-339-6553
MD 800-801-0334

## AGREEMENT

AGREEMENT by and between ALLENS FAMILY FOODS (AFF) bearing its office at 274 Nealson Street, P.O. Box 1030, Hurlock, MD 21643 hereinafter called AFF and the BENNETT DETECTIVE AND PROTECTIVE AGENCY, INC., Federal Tax ID #51-0085254 a corporation of the State of Delaware, hereinafter called BENNETT.

**WITNESSETH:**

1. BENNETT shall furnish unarmed, uniformed security officers in numbers as may from time to time be designated by AFF with it's job sites located in Cordova, MD and Harbeson, DE.

2. At its own expense and responsibility, BENNETT shall comply with all Federal, State, and local rules, regulations and requirements with respect to its services to be rendered under this AGREEMENT.

3. BENNETT shall employ security officers and shall abide by all rules, regulations, and requirements relating to private detectives within the states of Delaware and Maryland.

4. BENNETT shall at its own expense furnish and keep in full force the following insurance during the term of this contract.

   a. Workman's Compensation Insurance covering all persons employed by BENNETT that are or will be engaged in the rendering of services as provided herein.

   b. Personal Injury Liability Insurance covering bodily injuries or death of any person arising out of the performance of this AGREEMENT in the stated amount of one million dollars ($1,000,000) for each occurrence and three million dollars ($3,000,000) aggregate.

   c. Property Damage Liability Insurance covering property damage arising out of the performance of this AGREEMENT in the stated amount of one million dollars ($1,000,000).

   d. Personal Injury Liability Insurance covering against loss or claims for false arrest or imprisonment, malicious prosecution and defamation of character in the amount of one million dollars ($1,000,000) for each occurrence and three million dollars ($3,000,000) aggregate.

Habicht
EXHIBIT NO. 1
1-6-06
D. HAWKINS

BRANCH OFFICES: WILMINGTON, DELAWARE (302) 658-8241 • SALISBURY, MARYLAND (410) 742-0334
GEORGETOWN, DELAWARE (302) 856-3133

A 003

5. It is mutually understood that BENNETT is an independent contractor and that all guards employed by BENNETT to perform the services as herein provided are and shall be employees of BENNETT and not employees of AFF. Employees of BENNETT may not be employed by AFF, for any position, within six months of the termination of this AGREEMENT. If a BENNETT employee is hired within the six month period, you will be charged by BENNETT a fee of Two Thousand Dollars per employee hired.

6. BENNETT will pay all wages and expenses of its employees including unemployment insurance, FICA, Federal and State withholding taxes.

7. The charges for service performed hereunder by BENNETT shall be NINE DOLLARS AND FIFTY CENTS ($9.50) per hour for each unarmed officer furnished from February 11th to February 28th, 2003 based on the hours requested. On March 1st 2003, the hourly rate shall increase to NINE DOLLAR AND NINETY CENTS ($9.90) per hour. As a result AFF shall pay to BENNETT the sum, due and owing upon receipt of invoice. This rate shall cover all costs and expenses in their entirety regardless of whether such guard services are performed on Saturdays or Sundays and no other compensation is considered in this agreement. Five holidays (Memorial Day, 4th of July, Labor Day, Christmas & Thanksgiving) will be billed at one and a half times the hourly rate. All sales are subject to 5% Maryland sales tax if the job site BENNETT is working at is located in Maryland. Any incident which would require a Bennett employee to appear in court will be billed at the regular hourly rate.

8. This contract may be terminated following 30 days written notice from either party to the other of its intention to terminate.

9. This AGREEMENT shall become effective as of the 11TH DAY of FEBRUARY 2003, and shall remain in effect unless terminated as provided for in paragraph 8.

IN WITNESS WHEREOF, the parties hereto have caused this AGREEMENT to be executed by their duly authorized officers, representatives this 11TH DAY of FEBRUARY 2003.

ATTEST: _Wayne A Keller_    BY: _E. Bradford Bennett_
TITLE: _President_
Bennett Detective & Protective Agency, Inc.

ATTEST: _Mary O Helsing_    BY: _Tracy J. Mews_
TITLE: _Corporate HR Director_