# TAB 3

Robin D. Nichols

Ellendale, DE  19941
Telephone:



|  |  |
|---|---|
| EDUCATION | High School Diploma, June 1986<br>North Dorchester High School<br>North Dorchester, MD<br><br>CDL Class B License, 2000<br>DE Dept. of Transportation<br>Dover, Delaware |
| EMPLOYMENT<br>Sept. 2004 –<br>April 2005 | **School Bus Driver**<br>Southern Delaware Center for Children & Family Services<br>Milford, Delaware 19963<br><br>Transported pupils between pickup points and school and be designated Bus Driver. Regulated heating, lighting, and ventilating systems for passenger comfort. Complied with local traffic regulations. Reported delays or accidents. May make repairs and change tires. Inspected bus and checked gas, oil, and water before departure. May load or unload baggage or express checked by passengers in baggage compartment. |
| Jan. 2004 –<br>May 2004 | **Nurse Assistant**<br>Milford Center (CNA)<br>700 Marvel Rd.<br>Milford, Delaware 19963<br><br>Performed any combination of following duties in care of patients in nursing home, or other medical facility, under direction of nursing and medical staff. Answered signal lights, bells, or intercom system to determine patients' needs. Bathed, dressed, and undressed patients. Served and collected food trays and fed patients requiring help. Transported patients, using wheelchair or wheeled cart, or assisted patients to walk. Draped patients for examinations and treatments, and remained with patients, performing such duties as holding instruments and adjusting lights. Turned and repositioned bedfast patients, alone or with assistance, to prevent bedsores. Changed bed linens, ran errands, directed visitors, and answered telephone. Obtained and recorded temperature, blood pressure, pulse and respiration rates, and food and fluid intake and output, as directed. Cleaned, sterilized, stored, prepared, and issued dressing packs, treatment trays, and other supplies. Dusted and cleaned patients' rooms. |

Robin D. Nichols                                                    Page Two

                        Assisted nursing staff in care of geriatric patients.

Aug. 2001 –     **Security Guard Supervisor**
~~Nov.~~ 200~~1~~     Bennett Security Service, Inc.
Jan                   335 Martin Street
                        Dover, Delaware 19903
                        (302) 734-2480

                        Patrol and inspect property to protect against fire, theft and vandalism, and illegal activity. Protect employer's investment, enforce laws on property, and deter criminal activity and other problems. Utilize radio & telephone communications to call for assistance from ambulance, wrecker, or the police or fire departments as situations dictate. Write comprehensive reports outlining observations and activities during assigned shift. Monitor alarms and closed circuit TV cameras. Conduct security checks by walking from location to location within an assigned geographical area. Detain violators and issue traffic violation warnings. Screen customers & visitors for weapons and explosives using metal detectors and high-tech equipment, ensuring nothing is stolen while being loaded or unloaded. Inspect packages of people entering and leaving premises. Check the credentials of people and vehicles entering and leaving the premises. Perform crowd control, supervise parking and direct traffic. Show good judgment and common sense and follow company policy and guidelines. Maintain professional appearance and attitude & be able to interact with the public. Have ability to take charge & direct others during dangerous incidents. Responsible for training other security guards.

April 2001 –      **Rental Clerk**
Aug. 2001        Pipers Mobile Home Park
                        Route 1 Box 485
                        Ellendale, Delaware 19941
                        (302) 684-4543

                        Answered questions regarding rental availability & rental provisions. Calculated fees, received payments, maintained bookkeeping records, prepared & filed receipts, and gathered receipts & records for income tax preparation. Knowledgeable about the company's services, policies, & procedures. Informed renters of 6-month & yearly rental agreements. Ensured renters were of legal age to rent and that property was in agreed upon condition when vacated. Informed potential renters when

Robin D. Nichols                                                    Page Three

properties would be available. Utilized computer, fax, recorders, copier, typewriter, telephone, check writing machine, calculator, & data processing machine to perform duties. Worked week days, weekends, & evenings. Demonstrated excellent oral & written communication skills when dealing with applicants. Prepared eviction notices, attended court & provided testimony.

Nov. 2000 –       **Dietary Aide**
April 2001        Harrison House of Georgetown
                  110 W. North Street
                  Georgetown, Delaware 19947
                  (302) 856-4574

                  Planned food and nutrition programs and supervised the preparation and serving of meals. Assisted with preventing and treating illnesses by promoting healthy eating habits. Modified diets based on client's dietary needs. Adhered to OSHA standards regarding sanitation and safety procedures for preparing and handling food.

July 1999 –       **Secretary**
Nov. 2000         Delmarva Clergy United In Social Action
                  Route 1
                  Ellendale, Delaware 19941
                  (302) 422-2350

                  Conducted research on the internet and learned how to operate new office technologies. Responsible for administrative and clerical duties necessary to run organization efficiently. Served as an information clearing house for an office, scheduled appointments, provided information to callers, organized and maintained paper and electronic files, managed projects, & produced correspondence. Handled travel arrangements and contacted clients. Utilized the following office equipment to perform tasks: facsimile machines, photocopiers, & telephone systems. Also utilized personal computer to run spreadsheet, word processing, database management, & desk top publishing. Performed dictation and/or typed minutes from meetings. Greeted visitors.

April 1998 –      **Rental Clerk**
July 1999         Pipers Mobile Home Park
                  Route 1 Box 485
                  Ellendale, Delaware 19941
                  (302) 684-4543

Robin D. Nichols                                                  Page Four

                    Answered questions regarding rental availability & rental provisions. Calculated fees, received payments, maintained bookkeeping records, prepared & filed receipts, and gathered receipts & records for income tax preparation. Knowledgeable about the company's services, policies, & procedures. Informed renters of 6-month & yearly rental agreements. Ensured renters were of legal age to rent and that property was in agreed upon condition when vacated. Informed potential renters when properties would be available. Utilized computer, fax, recorders, copier, typewriter, telephone, check writing machine, calculator, & data processing machine to perform duties. Worked week days, weekends, & evenings. Demonstrated excellent oral & written communication skills when dealing with applicants. Prepared eviction notices, attended court & provided testimony.

Oct. 1997 -          **Production Worker**
April 1998           Perdue, Inc. (Milford Delaware Complex)
                    255 Rehoboth Blvd.
                    Milford, Delaware 19963

                    Weighed, labeled, checked labels, assembled & packed prepackaged chicken. Operated the feed machine, label machine, & tape machine.

Feb. 1997 -          **Community Living Assistant**
Dec. 1997            Caroline Center
                    12061 School Street
                    Ridgley, Maryland  21660
                    (410) 634-2102

                    Assisted mentally challenged adults in group home setting. Assisted clients with meals, making beds, bathing & dressing. Assisted clients with getting in and out of bed, utilizing bathroom facilities, & changing diapers. Escorted clients to medical appointments & examining rooms. Developed relationships with clients in a positive and caring way. Completed logs to keep other professionals informed of clients' progress. Assisted clients with physical and social skills. Maintained physical health of clients by changing and caring for patients with colostomies. Administered medications to clients. Stayed with clients overnight to maintain their health and safety. Utilized tact, patience, & understanding to maintain a caring and stable environment.

Feb. 1987 -          **Machine Operator**
Dec. 1990            Maryland Plastics

                                                                                       A 008

**Robin D. Nichols**                                                                 **Page Five**

                251 E. Central Avenue
                Federalsburg, Maryland   21632
                (410) 754-5566

                Removed plastic utensils from assembly line. Adjusted auto bagger machine. Ran utensils through machine. Maintained count of units. Gathered prepackaged plastic utensils, placed utensils in boxes, & stacked boxes on pallets.

**REFERENCES**          Furnished upon request.

A 009