# TAB 8

*Robin D. Nichols   v.*
*Bennett Detective & Protective Agency, et al.*

---

*Valerie D. Brittingham*
*January 6, 2006*

---

*Hawkins Reporting Service*
*715 N King Street*
*Suite 3*
*Wilmington, DE  United States of America  19801*
*(302) 658-6697*

*Original File VALERI~1.TXT, 18 Pages*
*Min-U-Script® File ID: 0618239978*

**Word Index included with this Min-U-Script®**

Case 1:05-cv-00055-KAJ    Document 47-9    Filed 01/27/2006    Page 3 of 4

Valerie D. Brittingham  
January 6, 2006

Robin D. Nichols  v.  
Bennett Detective & Protective Agency, et al.

Page 5

[1] her?
[2]   MR. GERBER: I did skip over that. don't think it's extremely important, so we can gloss over that.
[5]   Q: Could you please just relate your prior work experience, how long — first off, how long have you been at Allen's?
[8]   A: Eight years.
[9]   Q: Eight years?
[10]  A: Yes.
[11]  Q: Where were you before that?
[12]  A: Before that I was in Las Vegas.
[13]  Q: Las Vegas?
[14]  A: Yes, I was in the military.
[15]  Q: What branch?
[16]  A: U.S. Air Force.
[17]  Q: How long were you in the Air Force?
[19]  A: Twelve years.
[20]  Q: Twelve years. What was your rank?
[21]  A: Staff sergeant, E-5.
[22]  Q: Now, Allen's Foods, who is your supervisor?
[24]  A: Greg Miller.

Page 6

[1]   Q: And you know Robin Nichols?
[2]   A: I remember her.
[3]   Q: Okay. You remember her from —
[4]   A: Allen's.
[5]   Q: Allen's. So you were there the entire time she was at Allen's?
[8]   A: Yes.
[9]   Q: Do you know her very well? You say you remember her, did you know her?
[11]  A: No, I didn't really know her. I just knew that she was a security guard there and we would speak and exchange pleasantries that was pretty much it.
[15]  Q: On a daily basis?
[16]  A: Whenever she was there.
[17]  Q: Sure. Of course. You never worked really in close proximity with Ms. Nichols?
[20]  A: No.
[21]  Q: You're a full-time employee at Allen's Foods?
[23]  A: Yes.
[24]  Q: Do you have any knowledge of the

Page 7

[1] incident we've been talking about here today between Mr. Whiteman and Ms. Nichols?
[3]   A: Just what I heard here and then the rumors that you hear around the plant.
[5]   Q: So you never really heard anything other than rumors there?
[7]   A: Yes, that's correct.
[8]   Q: Did you ever speak to Ms. Nichols about this occurrence?
[10]  A: Not that I recall.
[11]  Q: You never spoke to her directly?
[12]  A: Not that I recall.
[13]  Q: How closely do you interact with Bennett employees, the supervisors and the security guards?
[16]  A: I don't really have much interaction with them, other than to show my I.D. as I'm coming through the gate or if they have to get a product for me off the employees' sales truck, that would be my interaction with them mainly.
[22]  Q: Okay. Is there a break area or some area where you would all congregate, socialize at any point?

Page 8

[1]   A: Just the cafeteria.
[2]   Q: Just the cafeteria?
[3]   A: Yes, just the cafeteria.
[4]   Q: Do you remember what happened to Ms. Nichols after this incident, what did you hear?
[7]   A: I don't remember hearing anything other than that there had been police there, that was it.
[10]  Q: Just from your recollection, can you just tell me as specifically as you can, you just basically mentioned rumors, but what did you hear?
[14]  A: That's all I heard, rumors. There was an incident, the police was called, Robin was involved, and there was a push, that's it.
[17]  Q: Okay. And you knew it was Mr. Whiteman involved?
[19]  A: No, I didn't know that.
[20]  Q: You didn't know that?
[21]  A: No, I didn't know that.
[22]  Q: Okay. Did you know anything about a suit being filed?
[24]  A: No.

Case 1:05-cv-00055-KAJ   Document 47-9   Filed 01/27/2006   Page 4 of 4

Robin D. Nichols   v.
Bennett Detective & Protective Agency, et al.

Valerie D. Brittingham
January 6, 2006

Page 9

[1] Q: Until —
[2] A: Until I'm here today to find that
[3] out, yes.
[4] Q: Now, you didn't know why
[5] Ms. Nichols left?
[6] A: No, I did not.
[7] Q: You didn't hear anything about
[8] that?
[9] A: No.
[10] Q: So you have worked with Mr. Miller
[11] for how long?
[12] A: Four years.
[13] Q: Four years.
[14] A: And I have been in the Human
[15] Resources Department for four years. Before
[16] that I was out in the plant in the QA
[17] Department.
[18] Q: What's that?
[19] A: Quality Assurance.
[20] Q: How do you like working with
[21] Mr. Miller?
[22] A: It's okay.
[23] Q: Okay. Have you ever had any, I
[24] don't know how to term it, any run-ins with

Page 10

[1] anyone at Allen's Foods or any disciplinary
[2] problems with anyone at Allen's Foods?
[3] A: No.
[4] Q: Have you ever been disciplined?
[5] A: Just for talking too much with
[6] people coming to my desk; my music was too loud
[7] or something along those lines.
[8] Q: Minor little thing?
[9] A: Yes.
[10] Q: Do you know how many times you
[11] have been — were you written up for any of
[12] those incidents?
[13] A: I only heard of them when I had my
[14] evaluation.
[15] Q: Okay. So you do get evaluations
[16] periodically?
[17] A: Yes.
[18] Q: How often?
[19] A: Once a year.
[20] Q: Have you ever had any
[21] confrontations with Mr. Miller that you can
[22] remember, any direct confrontations with him?
[23] A: No. No.
[24] Q: Did you ever talk to

Page 11

[1] Ms. Nichols — sorry if I asked already, you
[2] never talked to Ms. Nichols directly about this
[3] incident?
[4] A: No, I don't have any recollection
[5] of her discussing this with me.
[6] Q: Did you ever talk with her
[7] specifically about Mr. Miller?
[8] A: No.
[9] Q: Never about Mr. Miller?
[10] A: No.
[11] Q: So you never made any comment to
[12] her that Mr. Miller was a racist?
[13] A: No, I don't remember that.
[14] Q: Okay. That was her testimony.
[15] A: Her statement.
[16] Q: So you don't remember anything
[17] like that?
[18] A: No, that wasn't me.
[19] Q: That was not you?
[20] A: That was not me.
[21] Q: So there wouldn't have been
[22] anything even that sounded similar that would
[23] have been along those lines to Ms. Nichols?
[24] A: No, not to my recollection.

Page 12

[1] Q: Do you think Mr. Miller is racist?
[2] MR. BREWER: I'm going to object
[3] to that.
[4] You can answer the question.
[5] Q: You can answer.
[6] A: I have no comment.
[7] Q: You have no comment?
[8] A: No.
[9] Q: Well, no comment.
[10] MR. GERBER: I think that's all I
[11] have for you right now.
[12] THE WITNESS: Okay.
[13] MR. BREWER: I don't have any
[14] questions.
[15] MR. LANDON: I do.
[16]           BY MR. LANDON:
[17] Q: It's not my intent to make you
[18] uncomfortable, this question is going to make
[19] you uncomfortable, I think. Why do you have no
[20] comment on that question?
[21] A: It's a personal opinion.
[22] Q: Do you have a personal opinion?
[23] A: Yes.
[24] Q: What is it?