IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| Plaintiff | * |
| v. | * Civil Action No. 05-55 (KAJ) |
| BENNETT DETECTIVE & PROTECTIVE AGENCY, INC. and ALLEN FAMILY FOODS, INC., | * |
| Defendants | * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Appendix to Opening Brief in Support of Defendant Allen Family Foods, Inc.'s Motion for Summary Judgment was served electronically, on January 27, 2006, to:

William D. Fletcher, Jr., Esq.
Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P. O. Box 497
Dover, DE 19903-0497

*Counsel for the Plaintiff*

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

*Counsel for Bennett Detective and Protective Agency, Inc.*

Matthew F. Boyer