# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Civil Action No. 05-55 (KAJ) |
| | * |
| BENNETT DETECTIVE & PROTECTIVE | * |
| AGENCY, INC. and | * |
| ALLEN FAMILY FOODS, INC., | * |
| | * |
| Defendants | * |

## COMPENDIUM OF UNREPORTED OPINIONS CITED IN OPENING BRIEF IN SUPPORT OF DEFENDANT ALLEN FAMILY FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT

Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
(302) 884-6585

Arthur M. Brewer (admitted *pro hac vice*)
Laura A. Pierson Scheinberg
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD  21201
(410) 752-1040

*Counsel for Defendant Allen Family Foods, Inc.*

Dated:  January 27, 2006

## **UNREPORTED CASES**

**TAB**

*Bloss v. Kershner and Labware Inc.*
    C.A. No. 93C-04-282 CHT., 2000 WL 303342 *6 (Del. Super. 2000)..........................1

*Davis v. West Center City Neighborhood Planning Advisory Committee, Inc.*
    C.A. No. 02C-03-249JEB, 2003 WL 908885 *2 (Del. Super. 2003) ............................2

*Griffin Corporate Services, LLC., v. Jacobs et. al.*
    C.A. No. 396-N, 2005 WL 2000775 *4-5 (Del. Ch. 2005) ...........................................3

*Leblanc v. Redrow*
    C.A. No. 99C-02-170CHT, 2001 WL 428686 *2 (Del. Super. 2001)...........................4

*Q-Tone Broadcasting, Co. v. Musicradio of Maryland Inc.*
    C.A. No. 93C-09-021, 1994 WL 555391 (Del. Super. 1994).......................................5

*Rizzo v. E.I. Du Pont De Nemours & Co.*
    C.A. No. 86C-JL-88, 1989 WL 135651 *1 (Del. Super. 1989).....................................6

*Williams v. L.H. Howe*
    C.A. No. 03C-10-054PLA, 2004 WL 2828058 *4 (Del. Super. 2004) .........................7