IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN D. NICHOLS,<br><br>Plaintiff<br><br>v.<br><br>BENNETT DETECTIVE & PROTECTIVE AGENCY, INC. and<br>ALLEN FAMILY FOODS, INC.,<br><br>Defendants | Civil Action No. 05-55 (KAJ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Compendium of Unreported Opinions Cited in Opening Brief in Support of Defendant Allen Family Foods, Inc.'s Motion for Summary Judgment was served electronically, on January 27, 2006, to:

William D. Fletcher, Jr., Esq.
Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P. O. Box 497
Dover, DE 19903-0497

*Counsel for the Plaintiff*

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE 19805

*Counsel for Bennett Detective
and Protective Agency, Inc.*

Matthew F. Boyer