## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

**APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

to be served upon:      MATTHEW F. BOYER, ESQ.
                        Connolly Bove Lodge & Hutz
                        1007 N. Orange Street
                        Wilmington, DE 19801

                        ARTHUR M. BREWER, ESQ.
                        LAURA A. PIERSON SCHEINBERG, ESQ.
                        Shawe & Rosenthal, LLP
                        Sun Life Building, 11th Floor
                        20 S. Charles Street
                        Baltimore, MD 21201

                        RODGER D. LANDON, ESQ.
                        PHILIP T. EDWARDS, ESQ.
                        1011 Centre, Road, Suite 210
                        Wilmington, DE 19805

via electronic service and by mailing, postage prepaid, to the
addresses shown above, on _____2|9|06_____.

                        SCHMITTINGER & RODRIGUEZ, P.A.

                        BY: _____
                            WILLIAM D. FLETCHER, JR.
                            Bar I.D. #362
                            NOEL E. PRIMOS, ESQUIRE
                            Bar I.D. #3124
                            414 S. State Street
                            P.O. Box 497
                            Dover, DE   19901
                            (302) 674-0140
                            Attorneys for Plaintiff

DATED: 2|9|06
WDF:NEP:ACG