## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

to be served upon:   MATTHEW F. BOYER, ESQ.
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE 19801

ARTHUR M. BREWER, ESQ.
LAURA A. PIERSON SCHEINBERG, ESQ.
Shawe & Rosenthal, LLP
Sun Life Building, 11th Floor
20 S. Charles Street
Baltimore, MD 21201

RODGER D. LANDON, ESQ.
PHILIP T. EDWARDS, ESQ.
1011 Centre, Road, Suite 210
Wilmington, DE 19805

via electronic service and by mailing, postage prepaid, to the addresses shown above, on 2/9/06.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE  19901
(302) 674-0140
Attorneys for Plaintiff

DATED: 2/9/06
WDF:NEP:ACG