UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2006, I electronically filed the Joint Pretrial Order with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Roger D. Landon, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Arthur M. Brewer, Esq
Laura Pierson Scheinberg, Esq.
Shaw Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Adam C. Gerber
Bar I.D. #4653
414 S. State Street
P.O. Box 497
Dover, DE 19903