IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBIN D. NICHOLS,                               )
                                                )
                    Plaintiff,                  )
                                                )
         v.                                     )   Civil Action No. 05-55-KAJ
                                                )
BENNETT DETECTIVE & PROTECTIVE                  )
AGENCY, INC., a Delaware corporation,           )
and ALLEN'S FAMILY FOODS, INC., a               )
Delaware corporation,                           )
                                                )
                    Defendants.                 )

ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by defendant Bennett Detective & Protective Agency, Inc., (D.I. 43), and the Motion for Summary Judgment filed by defendant Allen's Family Foods, Inc., (D.I. 45), are GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
May 31, 2006