IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN D. NICHOLS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 05-055(KAJ) |
| v. | * | |
| | * | |
| BENNETT DETECTIVE & | * | |
| PROTECTIVE AGENCY, INC., | * | |
| A Delaware corporation, and | * | |
| ALLEN'S FAMILY FOODS, INC., | * | |
| A Delaware corporation, | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

TO:

Roger D. Landon, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Matthew F. Boyer, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Arthur M. Brewer, Esq.
Laura Pierson Scheinberg, Esq.
Shaw Rosenthal, LLP
20 S. Charles Street, 11th Floor
Baltimore, MD 21201

Notice is hereby given that Plaintiff, Robin Nichols, hereby appeals to the United States Court of Appeals for the Third

Circuit from an Order of the United States District Court for the District of Delaware granting summary judgment to both named Defendants, entered in this action on May 31, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR., ESQUIRE
Bar I.D. No. 362

BY: /s/ Noel E. Primos by ACG
NOEL E. PRIMOS, ESQUIRE
Bar I.D. No. 3124
414 S. State Street
P.O. Box 497
Dover, DE  19903-0497
(302) 674-0140
Attorneys for Plaintiff/Appellants

DATED: 6/27/06