UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-3191

ROBIN D. NICHOLS, Appellant,

v.

BENNETT DETECTIVE & PROTECTIVE AGENCY, INC.,
and ALLEN'S FAMILY FOODS, INC., Appellees.

On Appeal from the United States District
Court for the District of Delaware
(D.C. Civil No. 05-55)
District Judge: Honorable Kent A. Jordan

Submitted Under Third Circuit LAR 34.1(a)
June 8, 2007

Before: SMITH and GREENBERG, *Circuit Judges*,
and POLLAK,[*] *District Judge*.

JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on June 8, 2007.

---

[*] Honorable Louis H. Pollak, District Judge for the United States District Court of the Eastern District of Pennsylvania, sitting by designation.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered on May 31, 2006, be, and the same is, hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated:   August 28, 2007

Certified as a true copy and issued in lieu of a formal mandate on 10/3/07

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit

A True Copy:

Marcia M. Waldron, Clerk